IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintifff, )<br>)<br>)<br>)<br>ROBERT L. GAVETT )<br>1115 Cypress Court )<br>Breinigsville, PA 18031 )<br>)<br>)<br>Defendant. ) | Case No. 02-CV-3698 |

### UNITED STATES OF AMERICA'S MOTION TO COMPEL
### DEFENDANT ROBERT L. GAVETT TO ATTEND DEPOSITION

The United States of America, through its attorneys, moves to compel the defendant to submit to a deposition examination under Fed. R. Civ. 30 . The defendant was served a notice of deposition on December 11, 2003.

In support of its motion, the Government avers that the defendant was served with a notice of deposition on December 11, 2003 under Fed. R. Civ. P. 30. (Ex. 1, attached.) The notice of deposition stated that the deposition would be held on December 30, 2003 at 10:30 a.m. The defendant failed to attend the deposition. A copy of the transcript is attached as Ex. 2.

The Government now moves to compel the defendant to attend a scheduled deposition to proceed with the discovery process.

Dated: March 9, 2004.

>Respectfully submitted,
>
>PATRICK L. MEEHAN
>United States Attorney
>
>_____
>PAT S. GENIS
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 227
>Washington, D.C. 20044
>Telephone: (202) 307-6390

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintifff, ) | |
| ) | Case No. 02-CV-3698 |
| ) | |
| ROBERT L. GAVETT ) | |
| 1115 Cypress Court ) | |
| Breinigsville, PA 18031 ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DEPOSITION

TO:  Robert Gavett
c/o General Delivery At
205 Roosevelt Drive
Cherry Hill, NJ 08002-1140

PLEASE TAKE NOTICE that the Internal Revenue Service, by its counsel, will take the deposition of Robert L. Gavett on **Tuesday, December 30, 2003,** at the office of Area Counsel, Internal Revenue Service, Mellon Independence Center, 701 Market Street, Suite 2200, Philadelphia, Pennsylvania 19106, upon oral examination, pursuant to the Federal Rules of Civil Procedure. Robert L. Gavett deposition will begin at **10:30 a.m.**


GOVERNMENT EXHIBIT 1

The foregoing deposition will be taken before some disinterested person authorized by law to administer an oath. If the deposition or examination is not commenced, or is commenced but not completed, then such deposition or examination shall be adjourned and continued until complete, without further notice other than proclamation at the place above stated.

Dated: December 11, 2003.

                         *Pat Genis* (signature)
                         PAT S. GENIS
                         Trial Attorney, Tax Division
                         U.S. Department of Justice
                         P.O. Box 227
                         Washington, D.C. 20044
                         Telephone: (202) 307-6390

OF COUNSEL:

PATRICK L. MEEHAN
United States Attorney

```
1              IN THE UNITED STATES DISTRICT COURT
2                 FOR THE EASTERN DISTRICT OF
3                         PENNSYLVANIA
4                           - - -
5
6   UNITED STATES OF AMERICA,     : Case No.  02-CV-3698
7                Plaintiff        :
8        vs.                      :
9   ROBERT L. GAVETT,             :
10               Defendant        :
11
12                          - - -
13              PHILADELPHIA, PENNSYLVANIA
14              TUESDAY, DECEMBER 30, 2003
15                          - - -
16         Scheduled deposition of ROBERT L. GAVETT,
    held at the office of Area Counsel, Internal Revene
17  Service, Mellon Independence Center, 701 Market
    Street, commencing at 10:30 a.m., on the above
18  date, before Brenda J. Cappiello, Court Reporter
    and Notary Public.
19
20
21
22         COURT REPORTING ASSOCIATES
23           1422 CHESTNUT STREET
                  SUITE 512
24           PHILADELPHIA, PA  19102
                (215) 564-0466
```

COPY

GOVERNMENT EXHIBIT 2

```
 1   APPEARANCE:
 2
 3       UNITED STATES DEPARTMENT OF JUSTICE, TAX DIVISION
 4       BY:  PAT S. GENIS, ESQUIRE
 5       P.O. Box 227
 6       Ben Franklin Station
 7       Washington, DC  20044
 8       (202) 307-6390
 9       Representing the Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

| | E X H I B I T S | |
|---|---|---|
| <u>Number</u> | <u>Description</u> | <u>Page</u> |
| GAVETT-1 | Notice of Deposition and Certificate of Service, 3 pages | 05 |

1   MS. GENIS: My name is Pat
2   Genis, I'm a trial attorney with the
3   Department of Justice in this case,
4   United States versus Robert L. Gavett,
5   Case No 02-3698.
6       For the record, the United States
7   has sent a notice of deposition to Mr.
8   Gavett at his last known address, care of
9   General Delivery at 205 Roosevelt Drive,
10  Cherry Hill, New Jersey 08002-1140,
11  asking him to appear on December 30, 2003
12  at the office of Area Counsel, Internal
13  Revenue Service, Mellon Independence
14  Center, 701 Market Street, suite 2200,
15  Philadelphia, Pennsylvania. Deposition
16  to begin at 10:30 a.m.
17      It is now 10:30 a.m. and Mr. Gavett
18  has not yet appeared. We will go off the
19  record and return in 20 minutes.
20              - - -
21          (A brief intermission was taken.)
22              - - -
23      MS. GENIS: This is Pat Genis
24  in the case of United States versus

```
 1    Robert L. Gavett 02-3698.  Mr. Robert L.
 2    Gavett was duly noted to come to have his
 3    deposition taken on today, December 30,
 4    2003 at 10:30 a.m.  It is now 10:55, Mr.
 5    Gavett has not appeared.
 6         The deposition is concluded
 7    for today.  Attached to the deposition is
 8    the notice, as an exhibit is, a Notice of
 9    Deposition and the Certificate of Service.
10    Thank you.
11              - - -
12              (Deposition concluded.)
13              - - -
14              (Exhibit Gavett-1 was marked
15    for identification.)
16              - - -
17
18
19
20
21
22
23
24
```

C E R T I F I C A T I O N

I HEREBY CERTIFY that the proceedings and evidence are contained fully and accurately in the stenographic notes taken by me upon the foregoing matter and that this is a correct transcript of same.

*Brenda Cappiello*
BRENDA J. CAPPIELLO
COURT REPORTER

# LAWYERS NOTES

| Page | Line | |
|------|------|---|
|      |      |   |

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintifff, )<br>)<br>) Case No. 02-CV-3698<br>)<br>ROBERT L. GAVETT )<br>1115 Cypress Court )<br>Breinigsville, PA 18031 )<br>)<br>Defendant. ) | |

## DECLARATION OF PAT S. GENIS

The undersigned hereby declares as follows:

1. My name is Pat S. Genis. I am a trial attorney with the Tax Division of the United States Department of Justice in Washington, D.C. In that position, I am responsible for representing the interests of the United States in the above-captioned case.

2. On December 11, 2003, the United States mailed by first-class postage paid to the defendant Robert L. Gavett a notice of deposition. The deposition was scheduled for December 30, 2003.

3. Defendant, Robert L. Gavett did not appear at the deposition on December 30, 2003.

4. As of this date, March 9, 2004, defendant Robert L. Gavett has failed to appear for a deposition as required by the Federal Rules of Civil Procedure, despite being served with a notice of deposition as described above.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on March 9, 2003.

*[signature]*
PAT S. GENIS

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintifff, ) | |
| ) | Case No. 02-CV-3698 |
| ) | |
| ROBERT L. GAVETT ) | |
| 1115 Cypress Court ) | |
| Breinigsville, PA 18031 ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO COMPEL DEFENDANT ROBERT L. GAVETT TO ATTEND DEPOSITION

Having considered the United States of America's MOTION TO COMPEL DEFENDANT ROBERT L. GAVETT TO ATTEND DEPOSITION, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it further

ORDERED that the defendant shall appear to be sworn and to testify by oral deposition pursuant to Fed. R. Civ. P. 30 on a date and at such time and place to be designated by the United States; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044

Robert Laurence Gavett
c/o General Delivery at
205 Roosevelt Drive
Cherry Hill, New Jersey 08002-1140

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintifff, | ) |
| | ) Case No. 02-CV-3698 |
| | ) |
| ROBERT L. GAVETT | ) |
| 1115 Cypress Court | ) |
| Breinigsville, PA 18031 | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing UNITED STATES OF AMERICA'S MOTION TO COMPEL DEFENDANT ROBERT L. GAVETT TO ATTEND DEPOSITION, DECLARATION OF PAT S. GENIS and proposed ORDER was caused to be served this 9th day of March, 2004, by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

>Robert Gavett
>c/o General Delivery At
>205 Roosevelt Drive
>Cherry Hill, NJ 08002-1140

>_/s/ Pat S. Genis_
>Pat S. Genis