IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:02-cv-3698 (WHY) |
| | ) | |
| ROBERT L. GAVETT | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

UPON CONSIDERATION of the United States' MOTION FOR SUMMARY JUDGMENT AND FOR JUDGMENT UNDER FED.R.CIV.P. 37, any opposition to the motion, and the pleadings in this matter, the Court finds that no genuine issue as to any material fact exists and that defendant is entitled to judgment.

It is ORDERED that the United States' Motion for Summary Judgment on Count I, reducing tax assessments to judgment, is GRANTED; and

FURTHER ORDERED that judgment shall be entered in favor of the United States and against defendant on Count I of the United States' complaint; and

FURTHER ORDERED that judgment in the total amount of $225,166.55, plus interest that accrues thereon from March 1, 1999, until such time as the judgment is fully paid, shall be entered in favor of the plaintiff United States of America and against

defendant Robert L. Gavett, said sum representing the individual income tax liabilities of Robert L. Gavett for the tax years ended December 31, 1980 through December 31, 1987.

This _____ day of _____, 2004.

                                                                             UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis  
Trial Attorney, Tax Division  
U.S. Department of Justice  
P. O. Box 227  
Washington, D.C. 20044

Robert Laurence Gavett  
1115 Cypress Court  
Breiningsville, PA 18031