IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:02-cv-3698 (WHY) |
| ) | |
| ROBERT L. GAVETT ) | |
| ) | |
| Defendant. ) | |

## DEFAULT

The defendant, John Whitehead, having failed to appear at two properly-noticed depositions and having disobeyed an order of the Court to attend a properly-noticed deposition, a DEFAULT is entered against defendant, Robert L. Gavett, under Fed. R. Civ. P. 37 on Counts II and III of the United States' Complaint.

Dated this ___ day of _____, 2004.

                                    MICHAEL E. KUNZ
                                    CLERK

By: _____

                              Deputy Clerk