IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:02-cv-3698 (WHY) |
| ) | |
| ROBERT L. GAVETT ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION FOR SUMMARY JUDGMENT AND FOR JUDGMENT UNDER FED.R.CIV.P. 37, MEMORANDUM, proposed ORDER, DEFAULT, and DECLARATION OF PAT S. GENIS, with exhibits, were served on July 13, 2004, by depositing a true and correct copy in the United States mail, postage prepaid, addressed as follows:

> Robert Laurence Gavett
> 1115 Cypress Court
> Breiningsville, PA  18031

> /s/ Pat Genis
> PAT S. GENIS