

# United States    of America

**Department of the Treasury**
**Internal Revenue Service**

Date: **June 18, 2002**

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    **Form 4340 Certificate of Assessments, and Payments, consisting of 4 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein.**
Robert L. Gavett, 1115 Cypress Ct, Breiningsville, PA  18031, for Tax Period(s) 8012 Form 1040.

under the custody of this office.

GOVERNMENT
EXHIBIT

1

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL L. CZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATIONS
MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

Catalog Number 19002F                    Form **2866** (Rev. 09-97)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

ROBERT GARETT                        EIN/SSN: 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
                                              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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1980

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
|            | SELF EMPLOYMENT TAX 2,098.00 | | | |
| 03-31-1992 | SUBSTITUTE FOR RETURN 19210-102-00714-2 | 0.00 | | 07-20-1992 |
| 08-20-1984 | SUBSEQUENT PAYMENT | | 378.99 | |
| 08-20-1984 | SUBSEQUENT PAYMENT CORRECTED | | (378.99) | |
|            | NEGLIGENCE PENALTY 199409 | 181.00 | | 03-14-1994 |
|            | ESTIMATED TAX PENALTY 199409 | 231.00 | | 03-14-1994 |
|            | LATE FILING PENALTY 199409 | 907.00 | | 03-14-1994 |
|            | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 19247-449-90027-4  199409 | 3,628.00 | | 03-14-1994 |
|            | RESTRICTED INTEREST ASSESSED 199418 | 7,282.69 | | 05-16-1994 |
|            | ADDITIONAL TAX ASSESSED 19254-494-15043-4  199418 | 0.00 | | 05-16-1994 |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1980

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | FAILURE TO PAY TAX PENALTY 199426 | | 72.56 | 07-11-1994 |
| | RESTRICTED INTEREST ASSESSED 199426 | | 124.93 | 07-11-1994 |
| | ADDITIONAL TAX ASSESSED 19254-533-15983-4   199426 | | 0.00 | 07-11-1994 |
| 08-26-1994 | FEDERAL TAX LIEN | | | |
| | FAILURE TO PAY TAX PENALTY 199742 | | 834.44 | 10-27-1997 |
| | RESTRICTED INTEREST ASSESSED 199742 | | 3,258.83 | 10-27-1997 |
| | ADDITIONAL TAX ASSESSED 28254-665-18380-7   199742 | | 0.00 | 10-27-1997 |
| 03-27-1998 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1980

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-20-1998 | FEES AND COLLECTION COSTS | | 14.50 | |
| 08-21-1998 | FEDERAL TAX LIEN | | | |
| 09-14-1998 | FEES AND COLLECTION COSTS | | 14.50 | |
| 01-21-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-1994 | Statutory Notice of Balance Due | | | |
| 04-04-1994 | Statutory Notice of Intent to Levy | | | |
| 05-16-1994 | Statutory Notice of Balance Due | | | |
| 10-18-1999 | Statutory Notice of Intent to Levy | | | |
| 10-15-2001 | Statutory Notice of Intent to Levy | | | |
| 11-05-2001 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1980
---------------------------------------------------------------------------

BALANCE        16,549.45

---------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____PAUL L. CZARNECKI_____

TITLE:_ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER_____

DELEGATION ORDER:_____11_____


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 06/07/2002

FORM 4340  (REV. 01-2002)              PAGE    4



# United States        of America

### Department of the Treasury
### Internal Revenue Service

Date: **June 18, 2002**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   **Form 4340 Certificate of Assessments, and Payments, consisting of 4 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Robert L. Gavett, 1115 Cypress Ct, Breininsville, PA  18031, for Tax Period(s) 8112 Form 1040.**

under the custody of this office.

GOVERNMENT
EXHIBIT
2

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL L. CZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATIONS
MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1981

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | SELF EMPLOYMENT TAX 2,530.00 | | | |
| 03-31-1992 | SUBSTITUTE FOR RETURN 19210-102-00715-2 | 0.00 | | 06-29-1992 |
| | NEGLIGENCE PENALTY 199409 | | 5,572.29 | 03-14-1994 |
| | ESTIMATED TAX PENALTY 199409 | | 318.00 | 03-14-1994 |
| | LATE FILING PENALTY 199409 | | 1,038.00 | 03-14-1994 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 19247-449-90028-4  199409 | | 4,153.00 | 03-14-1994 |
| | RESTRICTED INTEREST ASSESSED 199418 | | 8,358.01 | 05-16-1994 |
| | ADDITIONAL TAX ASSESSED 19254-495-15048-4  199418 | | 0.00 | 05-16-1994 |
| | FAILURE TO PAY TAX PENALTY 199426 | | 83.06 | 07-11-1994 |
| | RESTRICTED INTEREST ASSESSED 199426 | | 198.58 | 07-11-1994 |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1981


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADDITIONAL TAX ASSESSED 19254-533-15984-4  199426 | 0.00 | | 07-11-1994 |
| 08-26-1994 | FEDERAL TAX LIEN | | | |
| | FAILURE TO PAY TAX PENALTY 199742 | 956.44 | | 10-27-1997 |
| | RESTRICTED INTEREST ASSESSED 199742 | 6,758.39 | | 10-27-1997 |
| | ADDITIONAL TAX ASSESSED 28254-665-18381-7  199742 | 0.00 | | 10-27-1997 |
| 03-27-1998 | FEDERAL TAX LIEN | | | |
| 08-21-1998 | FEDERAL TAX LIEN | | | |
| 01-21-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-1994 | Statutory Notice of Balance Due | | | |
| 04-04-1994 | Statutory Notice of Intent to Levy | | | |
| 05-16-1994 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                 PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1981


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 10-18-1999 | Statutory Notice of Intent to Levy | | | |
| 10-15-2001 | Statutory Notice of Intent to Levy | | | |
| 10-29-2001 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1981
-------------------------------------------------------------------------

BALANCE         27,435.77

-------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____ PAUL L. CZARNECKI

TITLE: ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER

DELEGATION ORDER:_____ 11


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 06/07/2002

FORM 4340  (REV. 01-2002)                    PAGE    4



# United States          of America

### Department of the Treasury
### Internal Revenue Service

Date: **June 18, 2002**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   **Form 4340 Certificate of Assessments, and Payments, consisting of 4 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein.**
Robert L. Gavett, 1115 Cypress Ct, Breiningsville, PA  18031, for Tax Period(s) 8212 Form 1040.

under the custody of this office.

**GOVERNMENT
EXHIBIT
3**

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL L. CZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATIONS
MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ROBERT GARETT                         EIN/SSN: 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
                                               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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1982

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|-----------------------------|----------------------------------|
| | SELF EMPLOYMENT TAX 2,775.00 | | | |
| 03-31-1992 | SUBSTITUTE FOR RETURN 19210-102-00718-2 | 0.00 | | 07-06-1992 |
| | NEGLIGENCE PENALTY 199409 | | 5,425.18 | 03-14-1994 |
| | ESTIMATED TAX PENALTY 199409 | | 503.00 | 03-14-1994 |
| | LATE FILING PENALTY 199409 | | 1,295.00 | 03-14-1994 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 19247-449-90029-4  199409 | | 5,178.00 | 03-14-1994 |
| | RESTRICTED INTEREST ASSESSED 199418 | | 10,416.44 | 05-16-1994 |
| | ADDITIONAL TAX ASSESSED 19254-494-15041-4  199418 | | 0.00 | 05-16-1994 |
| | FAILURE TO PAY TAX PENALTY 199426 | | 103.56 | 07-11-1994 |
| | RESTRICTED INTEREST ASSESSED 199426 | | 233.09 | 07-11-1994 |

FORM 4340  (REV. 01-2002)              PAGE   1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   1982

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADDITIONAL TAX ASSESSED 19254-533-15985-4  199426 | 0.00 | | 07-11-1994 |
| 08-26-1994 | FEDERAL TAX LIEN | | | |
| | FAILURE TO PAY TAX PENALTY 199742 | 1,190.94 | | 10-27-1997 |
| | RESTRICTED INTEREST ASSESSED 199742 | 7,934.96 | | 10-27-1997 |
| | ADDITIONAL TAX ASSESSED 28254-665-18382-7  199742 | 0.00 | | 10-27-1997 |
| 03-27-1998 | FEDERAL TAX LIEN | | | |
| 08-21-1998 | FEDERAL TAX LIEN | | | |
| 01-21-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-1994 | Statutory Notice of Balance Due | | | |
| 04-04-1994 | Statutory Notice of Intent to Levy | | | |
| 05-16-1994 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1982


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 10-18-1999 | Statutory Notice of Intent to Levy | | | |
| 10-15-2001 | Statutory Notice of Intent to Levy | | | |
| 11-05-2001 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)              PAGE     3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1982
------------------------------------------------------------------------

BALANCE        32,280.17

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____PAUL L. CZARNECKI_____

TITLE:_ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER_____

DELEGATION ORDER:_____11_____

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 06/07/2002

FORM 4340  (REV. 01-2002)              PAGE     4

**United States**  **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: **June 18, 2002**

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    **Form 4340 Certificate of Assessments, and Payments, consisting of 4 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein.**
**Robert L. Gavett, 1115 Cypress Ct, Breiningsville, PA 18031, for Tax Period(s) 8312 Form 1040**

under the custody of this office.

GOVERNMENT
EXHIBIT
4

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL L. SZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATIONS
MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

Catalog Number 19002E       *U.S. Government Printing Office: 2000 — 533-009/07196       Form **2866** (Rev. 09-97)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ROBERT GARETT                              EIN/SSN: 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
                                                    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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1983

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| | SELF EMPLOYMENT TAX 2,642.00 | | | |
| 03-31-1992 | SUBSTITUTE FOR RETURN 19210-102-00720-2 | 0.00 | | 07-27-1992 |
| | NEGLIGENCE PENALTY 199409 | 4,191.37 | | 03-14-1994 |
| | ESTIMATED TAX PENALTY 199409 | 292.00 | | 03-14-1994 |
| | LATE FILING PENALTY 199409 | 1,194.00 | | 03-14-1994 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 19247-449-90032-4  199409 | 4,776.00 | | 03-14-1994 |
| | RESTRICTED INTEREST ASSESSED 199418 | 9,603.03 | | 05-16-1994 |
| | ADDITIONAL TAX ASSESSED 19254-494-15045-4  199418 | 0.00 | | 05-16-1994 |
| | FAILURE TO PAY TAX PENALTY 199426 | 95.52 | | 07-11-1994 |
| | RESTRICTED INTEREST ASSESSED 199426 | 204.88 | | 07-11-1994 |

FORM 4340  (REV. 01-2002)                  PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1983


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|------|------|------|
| | ADDITIONAL TAX ASSESSED 19254-533-15986-4  199426 | 0.00 | | 07-11-1994 |
| 08-26-1994 | FEDERAL TAX LIEN | | | |
| | FAILURE TO PAY TAX PENALTY 199742 | 1,098.48 | | 10-27-1997 |
| | RESTRICTED INTEREST ASSESSED 199742 | 6,976.30 | | 10-27-1997 |
| | ADDITIONAL TAX ASSESSED 28254-665-18383-7  199742 | 0.00 | | 10-27-1997 |
| 03-27-1998 | FEDERAL TAX LIEN | | | |
| 08-21-1998 | FEDERAL TAX LIEN | | | |
| 01-21-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-1994 | Statutory Notice of Balance Due | | | |
| 04-04-1994 | Statutory Notice of Intent to Levy | | | |
| 05-16-1994 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1983


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-18-1999 | Statutory Notice of Intent to Levy | | | |
| 10-15-2001 | Statutory Notice of Intent to Levy | | | |
| 10-29-2001 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ROBERT GARETT                        EIN/SSN: 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
                                              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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1983
------------------------------------------------------------------------


BALANCE        28,431.58
------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME:_____ PAUL L. CZARNECKI _____

TITLE:_ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER_____

DELEGATION ORDER:_____ 11 _____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 06/07/2002

FORM 4340  (REV. 01-2002)                 PAGE    4



# United States    of America

**Department of the Treasury**
**Internal Revenue Service**

Date: **June 18, 2002**

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  **Form 4340 Certificate of Assessments, and Payments, consisting of 4 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein.**
Robert L. Gavett, 1115 Cypress Ct, Breiningsville, PA  18031, for Tax Period(s) 8412 Form 1040.

under the custody of this office.



GOVERNMENT
EXHIBIT
5

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL L. CZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATIONS
MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1984

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | SELF EMPLOYMENT TAX<br>3,468.00 | | | |
| 03-31-1992 | SUBSTITUTE FOR RETURN<br>19210-102-00726-2 | 0.00 | | 05-11-1992 |
| | NEGLIGENCE PENALTY<br>199409 | | 3,777.42 | 03-14-1994 |
| | ESTIMATED TAX PENALTY<br>199409 | | 316.00 | 03-14-1994 |
| | LATE FILING PENALTY<br>199409 | | 1,289.00 | 03-14-1994 |
| | ADDITIONAL TAX ASSESSED<br>BY EXAMINATION<br>AUDIT DEFICIENCY PER<br>DEFAULT OF 90 DAY LETTER<br>19247-449-90030-4  199409 | | 5,155.00 | 03-14-1994 |
| | RESTRICTED INTEREST<br>ASSESSED<br>199418 | | 8,959.27 | 05-16-1994 |
| | ADDITIONAL TAX ASSESSED<br>19254-495-15047-4  199418 | | 0.00 | 05-16-1994 |
| | FAILURE TO PAY TAX<br>PENALTY<br>199426 | | 103.10 | 07-11-1994 |
| | RESTRICTED INTEREST<br>ASSESSED<br>199426 | | 199.16 | 07-11-1994 |

FORM 4340  (REV. 01-2002)                  PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------------

ROBERT GARETT                        EIN/SSN: 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
                                              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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1984


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| | ADDITIONAL TAX ASSESSED 19254-533-15987-4  199426 | | 0.00 | 07-11-1994 |
| 08-26-1994 | FEDERAL TAX LIEN | | | |
| 09-19-1994 | FEES AND COLLECTION COSTS | | 16.00 | |
| 04-02-1997 | SUBSEQUENT PAYMENT LEVY | | 9,793.18 | |
| | FAILURE TO PAY TAX PENALTY 199742 | 1,185.65 | | 10-27-1997 |
| | RESTRICTED INTEREST ASSESSED 199742 | 6,363.87 | | 10-27-1997 |
| | ADDITIONAL TAX ASSESSED 28254-665-18384-7  199742 | | 0.00 | 10-27-1997 |
| 03-27-1998 | FEDERAL TAX LIEN | | | |
| 08-21-1998 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1984


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 01-21-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-1994 | Statutory Notice of Balance Due | | | |
| 04-04-1994 | Statutory Notice of Intent to Levy | | | |
| 05-16-1994 | Statutory Notice of Balance Due | | | |
| 10-18-1999 | Statutory Notice of Intent to Levy | | | |
| 10-15-2001 | Statutory Notice of Intent to Levy | | | |
| 11-05-2001 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)                 PAGE     3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1984
--------------------------------------------------------------------------------


BALANCE        17,571.29

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____PAUL L. CZARNECKI_____

TITLE:_ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER____

DELEGATION ORDER:_____11_____


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 06/07/2002

FORM 4340  (REV. 01-2002)                  PAGE    4

# United States  of America

### Department of the Treasury
### Internal Revenue Service

——

Date: June 18, 2002

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    **Form 4340 Certificate of Assessments, and Payments, consisting of 4 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein.**
Robert L. Gavett, 1115 Cypress Ct, Breiningsville, PA 18031, for Tax Period(s) 8512 Form 1040.

under the custody of this office.

**GOVERNMENT EXHIBIT**

6

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL L. CZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATIONS
MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1985

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| | SELF EMPLOYMENT TAX 3,839.00 | | | |
| 03-31-1992 | SUBSTITUTE FOR RETURN 19210-102-00723-2 | 0.00 | | 05-11-1992 |
| | NEGLIGENCE PENALTY 199409 | | 3,589.89 | 03-14-1994 |
| | ESTIMATED TAX PENALTY 199409 | | 338.00 | 03-14-1994 |
| | LATE FILING PENALTY 199409 | | 1,476.00 | 03-14-1994 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 19247-449-90031-4  199409 | | 5,903.00 | 03-14-1994 |
| | RESTRICTED INTEREST ASSESSED 199418 | | 8,400.76 | 05-16-1994 |
| | ADDITIONAL TAX ASSESSED 19254-494-15040-4  199418 | | 0.00 | 05-16-1994 |
| | FAILURE TO PAY TAX PENALTY 199426 | | 118.06 | 07-11-1994 |
| | RESTRICTED INTEREST ASSESSED 199426 | | 201.32 | 07-11-1994 |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1985


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADDITIONAL TAX ASSESSED 19254-533-15988-4  199426 | 0.00 | | 07-11-1994 |
| 08-26-1994 | FEDERAL TAX LIEN | | | |
| | FAILURE TO PAY TAX PENALTY 199742 | 1,357.00 | | 10-27-1997 |
| | RESTRICTED INTEREST ASSESSED 199742 | 6,863.28 | | 10-27-1997 |
| | ADDITIONAL TAX ASSESSED 28254-665-18385-7  199742 | 0.00 | | 10-27-1997 |
| 03-27-1998 | FEDERAL TAX LIEN | | | |
| 08-21-1998 | FEDERAL TAX LIEN | | | |
| 01-21-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-1994 | Statutory Notice of Balance Due | | | |
| 04-04-1994 | Statutory Notice of Intent to Levy | | | |
| 05-16-1994 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1985


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-15-2001 | Statutory Notice of Intent to Levy | | | |
| 10-29-2001 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)              PAGE     3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1985
-----------------------------------------------------------------------------


BALANCE        28,247.31
-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____PAUL L. CZARNECKI_____

TITLE:_ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER_____

DELEGATION ORDER:_____11_____


LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 06/07/2002

FORM 4340  (REV. 01-2002)                    PAGE     4



# United States   of America

**Department of the Treasury**

**Internal Revenue Service**

Date: **June 18, 2002**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    **Form 4340 Certificate of Assessments, and Payments, consisting of 4 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein.**
**Robert L. Gavett, 1115 Cypress Ct, Breiningsville, PA  18031, for Tax Period(s) 8612 Form 1040.**

under the custody of this office.



GOVERNMENT
EXHIBIT
7

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL L. CZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATIONS
MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| | SELF EMPLOYMENT TAX 2,359.00 | | | |
| 03-31-1992 | SUBSTITUTE FOR RETURN 19210-102-00702-2 | 0.00 | | 05-11-1992 |
| | NEGLIGENCE PENALTY 199409 | 1,763.05 | | 03-14-1994 |
| | ESTIMATED TAX PENALTY 199409 | 166.00 | | 03-14-1994 |
| | LATE FILING PENALTY 199409 | 856.00 | | 03-14-1994 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 19247-449-90033-4  199409 | 3,423.00 | | 03-14-1994 |
| | RESTRICTED INTEREST ASSESSED 199418 | 4,066.06 | | 05-16-1994 |
| | ADDITIONAL TAX ASSESSED 19254-494-15044-4  199418 | 0.00 | | 05-16-1994 |
| | FAILURE TO PAY TAX PENALTY 199426 | 68.46 | | 07-11-1994 |
| | RESTRICTED INTEREST ASSESSED 199426 | 104.95 | | 07-11-1994 |

FORM 4340  (REV. 01-2002)                  PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADDITIONAL TAX ASSESSED 19254-533-15989-4  199426 | | 0.00 | 07-11-1994 |
| 08-26-1994 | FEDERAL TAX LIEN | | | |
| | ADDITIONAL TAX ASSESSED 19254-748-00007-5  199606 | | 0.00 | 02-19-1996 |
| | FAILURE TO PAY TAX PENALTY 199742 | 787.29 | | 10-27-1997 |
| | RESTRICTED INTEREST ASSESSED 199742 | 3,580.37 | | 10-27-1997 |
| | ADDITIONAL TAX ASSESSED 28254-665-18386-7  199742 | | 0.00 | 10-27-1997 |
| 03-27-1998 | FEDERAL TAX LIEN | | | |
| 08-21-1998 | FEDERAL TAX LIEN | | | |
| 01-21-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 12-21-1987 | Taxpayer Deliquency Notice | | | |
| 01-11-1988 | Taxpayer Deliquency Notice | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 03-14-1994 | Statutory Notice of Balance Due | | | |
| 04-04-1994 | Statutory Notice of Intent to Levy | | | |
| 05-16-1994 | Statutory Notice of Balance Due | | | |
| 10-15-2001 | Statutory Notice of Intent to Levy | | | |
| 11-05-2001 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1986
------------------------------------------------------------------------


BALANCE        14,815.18
------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____PAUL L. CZARNECKI_____

TITLE: ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER

DELEGATION ORDER:_____11_____


LOCATION: INTERNAL REVENUE SERVICE

           ACCOUNT STATUS DATE 06/07/2002

FORM 4340  (REV. 01-2002)                    PAGE    4

# United States  of America

### Department of the Treasury
### Internal Revenue Service

———

Date: **June 18, 2002**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   **Form 4340 Certificate of Assessments, and Payments, consisting of 4 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein.**
**Robert L. Gavett, 1115 Cypress Ct, Breininsville, PA  18031, for Tax Period(s) 8712 Form 1040.**

under the custody of this office.

GOVERNMENT
EXHIBIT

8

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL L. CZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

Catalog Number 19002E

*U.S. Government Printing Office: 2000 — 533-039/07196

Form **2866** (Rev. 09-97)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1987

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|----------------------------|--------------------------------|
| 03-31-1992 | SUBSTITUTE FOR RETURN 19210-102-00710-2 | 0.00 | | 05-11-1992 |
| | NEGLIGENCE PENALTY 199409 | 3,724.06 | | 03-14-1994 |
| | ESTIMATED TAX PENALTY 199409 | 475.00 | | 03-14-1994 |
| | LATE FILING PENALTY 199409 | 2,191.00 | | 03-14-1994 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 19247-449-90034-4  199409 | 8,764.00 | | 03-14-1994 |
| | RESTRICTED INTEREST ASSESSED 199418 | 7,916.82 | | 05-16-1994 |
| | ADDITIONAL TAX ASSESSED 19254-494-15042-4  199418 | 0.00 | | 05-16-1994 |
| | FAILURE TO PAY TAX PENALTY 199426 | 175.28 | | 07-11-1994 |
| | RESTRICTED INTEREST ASSESSED 199426 | 235.67 | | 07-11-1994 |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1987

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|-----------------------------|----------------------------------|
| | ADDITIONAL TAX ASSESSED 19254-533-15990-4  199426 | | 0.00 | 07-11-1994 |
| 08-26-1994 | FEDERAL TAX LIEN | | | |
| | FAILURE TO PAY TAX PENALTY 199742 | | 2,015.72 | 10-27-1997 |
| | RESTRICTED INTEREST ASSESSED 199742 | | 8,047.25 | 10-27-1997 |
| | ADDITIONAL TAX ASSESSED 28254-665-18387-7  199742 | | 0.00 | 10-27-1997 |
| 03-27-1998 | FEDERAL TAX LIEN | | | |
| 08-21-1998 | FEDERAL TAX LIEN | | | |
| 01-21-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-14-1994 | Statutory Notice of Balance Due | | | |
| 04-04-1994 | Statutory Notice of Intent to Levy | | | |
| 05-16-1994 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1987


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-15-2001 | Statutory Notice of Intent to Levy | | | |
| 10-29-2001 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)              PAGE    3

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

ROBERT GARETT                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1987
-------------------------------------------------------------------


BALANCE        33,544.80

-------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____ PAUL L. CZARNECKI

TITLE:_ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER____

DELEGATION ORDER:_____11_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 06/07/2002

FORM 4340  (REV. 01-2002)                    PAGE     4