Form 668 (Y) (c)
(Rev. August 1997)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| PENNSYLVANIA | 239841790 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

FILED
1998 MAR 30 AM 10:40
CLERK OF COURTS
CIVIL
LEHIGH COUNTY, PA.

**Name of Taxpayer**   ROBERT GAVETT

**Residence**   1115 CYPRESS COURT
BREINIGVILLE, PA 18031-1611

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1980 | 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 | 03/14/1994 | 04/13/2004 | 16520.45 |
| 1040 | 12/31/1981 | 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 | 03/14/1994 | 04/13/2004 | 27435.77 |
| 1040 | 12/31/1982 | 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 | 03/14/1994 | 04/13/2004 | 32280.17 |
| 1040 | 12/31/1983 | 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 | 03/14/1994 | 04/13/2004 | 28431.58 |
| 1040 | 12/31/1984 | 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 | 03/14/1994 | 04/13/2004 | 17571.29 |
| 1040 | 12/31/1985 | 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 | 03/14/1994 | 04/13/2004 | 28247.31 |
| 1040 | 12/31/1986 | 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 | 03/14/1994 | 04/13/2004 | 14815.18 |
| 1040 | 12/31/1987 | 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 | 03/14/1994 | 04/13/2004 | 33544.80 |

| Place of Filing | | |
|---|---|---|
| Prothonotary
Lehigh County
Allentown, PA 18105 | Total $ | 198846.55 |

This notice was prepared and signed at Pittsburgh, PA on this,
the 23rd day of March 1998.

GOVERNMENT
EXHIBIT
9

| Signature | Title |
|---|---|
| for P. BACA | Revenue Officer 23-01-2820 |

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

PART 2 - INTERNAL REVENUE SERVICE TDA COPY    Form 668 (Y) (c)  (Rev. 8-97)
CAT. NO 60025X

| Form 668 (Y) (c) | 439 | Department of the Treasury - Internal Revenue Service |
| (Rev. August 1997) | | |

# Notice of Federal Tax Lien

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| PENNSYLVANIA | 233647425 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

| Name of Taxpayer | ROBERT GAVETT |
|---|---|
| | A/K/A CHRISTIAN MANAGEMENT COMPANY |

| Residence | 1115 CYPRESS COURT |
|---|---|
| | BREININGVILLE, PA 18031 |

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1980 | 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 | 03/14/1994 | 04/13/2004 | 16534.95 |
| 1040 | 12/31/1981 | 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 | 03/14/1994 | 04/13/2004 | 27435.77 |
| 1040 | 12/31/1982 | 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 | 03/14/1994 | 04/13/2004 | 32280.17 |
| 1040 | 12/31/1983 | 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 | 03/14/1994 | 04/13/2004 | 28431.58 |
| 1040 | 12/31/1984 | 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 | 03/14/1994 | 04/13/2004 | 17571.29 |
| 1040 | 12/31/1985 | 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 | 03/14/1994 | 04/13/2004 | 28247.31 |
| 1040 | 12/31/1986 | 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 | 03/14/1994 | 04/13/2004 | 14815.18 |
| 1040 | 12/31/1987 | 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 | 03/14/1994 | 04/13/2004 | 33544.80 |

| Place of Filing | | |
|---|---|---|
| | Prothonotary | |
| | Lehigh County | Total $ 198861.05 |
| | Allentown, PA 18105 | |

This notice was prepared and signed at Pittsburgh, PA                              this,

the 18th day of August 1998

GOVERNMENT
EXHIBIT
10

| Signature | Title |
|---|---|
| for P. BACE | Revenue Officer 23-01-2820 |

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

# PURCHASE AGREEMENT

|  | NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| SOLD TO: BUYER: | Robert C. Rosenkris | GAVETT STRAWBERHAD | BELLE MEAD N.J. | 08502 |
|  | FOR CONSTRUCTION MANAGEMENT COMPANY | | | | |

SELLER: GREEN ACRES MOBILE HOME SALES

DATE OF THIS TRANSACTION: 7-30-89    DATE OF CLOSING ON OR BEFORE 10/28/89

The Seller hereby agrees to sell and the undersigned Buyer(s) (if more than one, jointly and severally) hereby agree(s) to purchase subject to the terms and conditions hereinafter set forth, the following Property (which, together with any and all replacements thereof and additions thereto, is herein called the "Property"), VIZ:

| MAKE | MODEL | BEDROOMS | BATHS | LENGTH | WIDTH |
|---|---|---|---|---|---|
| Colony | 2006 | 3 BR | 2 | 56 | 28 |
| SERIAL NO. | LOT NO. | | X NEW | COLOR | |
| GN 045588 | 161 | | USED | GRAY | |

The following items of equipment, labor, or accessories are included in the Basic Price of the Unit:

Home only AS SHOWN ON SITE 161.

**COMPUTATION OF PURCHASE PRICE:**

| | | |
|---|---|---|
| BASIC PRICE OF UNIT | $ | 60,920.00 |
| ~~EXTRA EQUIPMENT~~ DISCOUNT | $ | 4731.00 |
| SUBTOTAL | $ | 55,189.00 |
| 6 % STATE SALES TAX: | $ | 3341.34 |
| FEES AND NON-TAXABLE ITEMS | $ | 15.00 |
| TOTAL CASH PRICE | $ | 59,045.34 |
| TRADE-IN NET ALLOWANCE | $ | |
| CASH DOWN PAYMENT | $ | |
| TOTAL CREDITS | $ | 59,045.34 |
| UNPAID BALANCE OF CASH PRICE | $ | |

The following items of equipment, labor, or accessories are not included in the Basic Price of the Unit, the Buyer(s) agrees to purchase these items at their fair market value and the Seller agrees to furnish these items to the Buyer(s) as a part of this Agreement. All such items are due and payalbe at the time of closing.

**THE UNPAID BALANCE OF CASH PRICE DUE AS FOLLOWS:**

| DATE EVENT | AMOUNT DUE: |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| UPON CLOSING | |

EXTRA ITEMS: FREE WASHER & DRYER

**SELLER ACKNOWLEDGES RECEIPTS:**

| DATE: | AMOUNT: | BY: |
|---|---|---|
| 7-30-89 | $ 500.00 | D.C.C. |
| 8-8-89 | $ 500.00 | D.C.C. |
| | $ | |
| | $ | |
| | $ | |

OTHER REMARKS: OPEN HOUSE DISCOUNT    4731.00

THIS CONTRACT SUPERCEDES ANY PREVIOUS AGREEMENTS WITH GREEN ACRES MOBILE HOME SALES.

THIS DEPOSIT IS NON-REFUNDABLE

SUBJECT TO BUYER RECEIVING MANUFACTURER'S STATEMENT OF ORIGIN.

GOVERNMENT EXHIBIT
11

**OTHER REMEDIES:** It is mutually agreed that the TOTAL CASH PRICE is due and payable before the SELLER gives possession of the Property to the BUYER. The property conveyed by this agreement shall remain the property of the SELLER until paid for in full by the BUYER(S). Should the BUYER(S) decide to take possession before the Property is completed by the SELLER, the BUYER agrees to remit the purchase price in full and the SELLER agrees to complete the improvements in a reasonable time. If BUYER fails to perform this contract within the time specified, time being of the essence of this Agreement, all deposits paid by BUYER shall be retained by or for the account of SELLER as consideration for the execution of this Agreement and in full settlement of any claim for damages; or SELLER, by giving written notice to BUYER within ten (10) days from date of default, may elect to enforce any remedy available to SELLER because of BUYER'S default.

| SIGNATURE OF SELLER: | SIGNATURE OF BUYER(S) |
|---|---|
| BY: GREEN ACRES MOBILE HOME SALES | X Robert R. Youett (SEAL) |
| Donald W. Coffman   TITLE | X (SEAL) |
| | X (SEAL) |

WHITE—CORPORATE OFFICE      CANARY—BUYER      PINK—SALES OFFICE      GOLD—REGIONAL OFFICE

This is to certify that this is a true and accurate copy of the death record on file with the Division of Vital Records, and that I, Charles Hardester, am and was at the time of the issuance of this copy Director, Division of Vital Records of the Department of Health for the Commonwealth of Pennsylvania, duly appointed and commissioned as directed by Act 66 of the General Assembly, approved 29 June 1953, P.L. 304.

**MAY 14 1998**

_____
Date Issued

_Charles Hardester_

_____
Director

H106.143 Rev 2/87

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

**121927**

| | | |
|---|---|---|
| 1. NAME OF DECEDENT (First, Middle, Last) **ROSE MARIE GAVETT** | 2. SEX **Female** | 3. SOCIAL SECURITY NUMBER — NO — | 4. DATE OF DEATH (Month, Day, Year) **December 14, 1995** |

| 5a. AGE (Last Birthday) **61** Yrs. | 5b. UNDER 1 YEAR Months / Days | 5c. UNDER 1 DAY Hours / Minutes | 6. DATE OF BIRTH (Month, Day, Year) **Sept. 9, 1934** | 7. BIRTHPLACE (City and State or Foreign Country) **Somerville, NJ** |

8. PLACE OF DEATH (Check only one — see instructions on other side)
HOSPITAL: Inpatient ☒  ER/Outpatient ☐  DOA ☐
OTHER: Nursing Home ☐  Residence ☐  Other (Specify) ☐

| 9a. COUNTY OF DEATH **Lehigh** | 9b. CITY, BORO, TWP OF DEATH **Salisbury Twp.** | 9c. FACILITY NAME (If not institution give street and number) **Lehigh Valley Hospital** | 9d. WAS DECEDENT OF HISPANIC ORIGIN? No ☒ Yes ☐ If yes, specify Cuban, Mexican, Puerto Rican, etc. | 9e. RACE — American Indian, Black, White, etc. (Specify) **White** |

| 11a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life; do not use retired) **Assistant Manager** | 11b. KIND OF BUSINESS/INDUSTRY **Restaurant Industry** | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? Yes ☐ No ☒ | 13. DECEDENT'S EDUCATION Elementary/Secondary (0-12) **14**  College (1-4 5+) | 14. MARITAL STATUS - Married, Never Married, Widowed, Divorced (Specify) **Married** | 15. SURVIVING SPOUSE (if wife, give maiden name) **Robert L. Gavett** |

| 16. DECEDENT'S MAILING ADDRESS (Street, City/Town, State, Zip Code) **1115 Cypress Court Breinigsville, PA 18031** | 17a. RESIDENCE — State **Pennsylvania** | 17b. County **Lehigh** | 17c. ☒ Yes, decedent lived in / ☐ No, decedent lived within actual limits of: | 17d. Did decedent live in a township? **Upper Macungie** |

| 18. FATHER'S NAME (First, Middle, Last) **Alfred F. W. Sferra** | 19. MOTHER'S NAME (First, Middle, Maiden Surname) **Theresa Lanna** |

| 20a. INFORMANT'S NAME (Type/Print) **Robert L. Gavett** | 20b. INFORMANT'S MAILING ADDRESS (Street, City/Town, State, Zip Code) **1115 Cypress Court, Breinigsville, PA 18031** |

| 21. METHOD OF DISPOSITION Burial ☐  Cremation ☒  Removal from State ☒  Donation ☐  Other (Specify) | 22a. DATE OF DISPOSITION (Month, Day, Year) **December 18, 1995** | 22b. PLACE OF DISPOSITION: Name of Cemetery, Crematory or Other Place **St. Joseph's Cemetery** | 22c. LOCATION - City/Town, State, Zip Code **Bridgewater, NJ** |

| 23a. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH _Michael F. Zimmerman_ | 23b. LICENSE NUMBER **010325-L** | 23c. NAME AND ADDRESS OF FACILITY **Trexler Funeral Home, Inc. 1625 Highland St., Allentown, PA 18102** |

| 24. Complete either 23a-c only when physician is not available at time of death to certify cause of death. | 25a. License Number | 25b. DATE SIGNED (Month, Day, Year) |

| 26. Items 24-26 must be completed by person who pronounces death. | 26a. TIME OF DEATH **4:19 EST P M** | 26b. DATE PRONOUNCED DEAD (Month, Day, Year) **December 14, 1995** | 26c. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? Yes ☐  No ☒ |

27. PART I. Enter the diseases, injuries or complications which caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. _End Stage Renal Disease_  DUE TO (OR AS A CONSEQUENCE OF):

b. _Diabetes Mellitus_  DUE TO (OR AS A CONSEQUENCE OF):

c. DUE TO (OR AS A CONSEQUENCE OF):

Interval Between Onset and Death: _10 yrs_ _6 yrs_

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| 28. WAS AUTOPSY PERFORMED? Yes ☐ No ☒ | 28a. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? Yes ☐ No ☐ | 29. MANNER OF DEATH Natural ☒  Accident ☐  Suicide ☐  Homicide ☐  Pending investigation ☐  Could not be determined ☐ | 30. DATE OF INJURY (Month, Day, Year) | 31. TIME OF INJURY | 32. INJURY AT WORK? Yes ☐ No ☐ | 33. DESCRIBE HOW INJURY OCCURRED |
| | | | 34. PLACE OF INJURY - At home, farm, street, factory, office building, etc. (Specify) | 35. LOCATION (Street, City/Town, State) | | |

CERTIFIER (Check only one)
* CERTIFYING PHYSICIAN (Physician certifying cause of death when another physician has pronounced death and completed Item 26): To the best of my knowledge, death occurred due to the cause(s) and manner as stated.
* PRONOUNCING AND CERTIFYING PHYSICIAN (Physician both pronouncing death and certifying to cause of death): To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.
* MEDICAL EXAMINER/CORONER: On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

| 31a. SIGNATURE AND TITLE OF CERTIFIER _(signature)_ | 31b. LICENSE NUMBER **MD0009065E** | 31c. DATE SIGNED (Month, Day, Year) **12/17/95** |
| 31d. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (Item 27) Type or Print **1210 S. Cedar Crest Blvd. Suite #1200  Allentown, PA 18103-6208** | | |

| 33. REGISTRAR'S SIGNATURE AND NUMBER _(signature)_ **79160** | DATE FILED (Month, Day, Year) **12-18-95** |

GOVERNMENT EXHIBIT 12

TYPE/PRINT IN PERMANENT BLACK INK

39

NAME OF DECEDENT  Rosemarie GAVETT  ALIAS USED

# COMMONWEALTH OF PENNSYLVANIA

## DEPARTMENT OF TRANSPORTATION

# CERTIFICATE OF TITLE FOR A VEHICLE 7,812

*Issued in accordance with Section 1105 of the Vehicle Code, Title 75, Pennsylvania Consolidated Statutes*

892710061002260-001

CHRISTIAN MANAGEMENT
COMPANY
STEINMETZ ROAD
BELL MEADE NJ 08502

| CODE LEGEND |
| --- |
| A = ANTIQUE VEHICLE |
| C = CLASSIC VEHICLE |
| F = OUT OF STATE VEHICLE |
| H = AGRICULTURAL VEHICLE |
| L = LOGGING VEHICLE |
| P = FORMERLY A POLICE VEHICLE |
| R = RECONSTRUCTED VEHICLE |
| X = FORMERLY A TAXI |

## REGISTRATION NOT TO BE ISSUED—MOBILE HOME

| 42331442001 | 0 | '89 | COLONY | MH | | |
| --- | --- | --- | --- | --- | --- | --- |
| TITLE NUMBER | DUPL | YEAR | MAKE OF VEHICLE | TYPE | SEAT CAP | STATE OF ORIGIN |

| SN00455AB | | |
| --- | --- | --- |
| VEHICLE IDENTIFICATION NUMBER | MAX. GROSS VEHICLE WEIGHT | MAX. GROSS COMB. WEIGHT |

| | 10/11/89 | 10/11/89 | | |
| --- | --- | --- | --- | --- |
| UNLADEN WEIGHT | DATE ISSUED | DATE PA TITLED | ODOMETER AT PURCHASE | CODES |

The vehicle described hereon is subject to the following liens:

FIRST LIEN FAVOR OF:

LIEN RELEASED _____
DATE

_____
LIEN HOLDER

BY _____
AUTHORIZED REPRESENTATIVE

SECOND LIEN FAVOR OF:

LIEN RELEASED _____
DATE

_____
LIEN HOLDER

BY _____
AUTHORIZED REPRESENTATIVE

GOVERNMENT
EXHIBIT
13

*I certify that reasonable diligence has been used in examining the statements presented in the application for Certificate of Title to the vehicle described hereon, and that the proof of ownership of said vehicle presented with said application warrants the issuance of this certificate naming the applicant as lawful owner of said vehicle. Wherefore, I certify that as of the date inscribed hereon, the official records of the Pennsylvania Department of Transportation reflect that said applicant is the lawful owner of said vehicle.*

*Howard Yerusalim*

HOWARD YERUSALIM

Secretary of Transportation

KEEP IN A SAFE PLACE – ANY ALTERATION OR ERASURE VOIDS THIS TITLE

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
                         )
              Plaintifff, )
                         )        Case No. 02-CV-3698
                         )
ROBERT L. GAVETT         )
1115 Cypress Court       )
Breinigsville, PA 18031  )
                         )
              Defendant. )

### NOTICE OF DEPOSITION

TO:    Robert Gavett
       c/o General Delivery At
       205 Roosevelt Drive
       Cherry Hill, NJ 08002-1140

PLEASE TAKE NOTICE that the Internal Revenue Service, by its counsel, will take the deposition of Robert L. Gavett on **Tuesday, December 30, 2003**, at the office of Area Counsel, Internal Revenue Service, Mellon Independence Center, 701 Market Street, Suite 2200, Philadelphia, Pennsylvania 19106, upon oral examination, pursuant to the Federal Rules of Civil Procedure. Robert L. Gavett deposition will begin at **10:30 a.m.**

GOVERNMENT
EXHIBIT
14

The foregoing deposition will be taken before some disinterested person authorized by law to administer an oath. If the deposition or examination is not commenced, or is commenced but not completed, then such deposition or examination shall be adjourned and continued until complete, without further notice other than proclamation at the place above stated.

Dated:  December 11, 2003.


_____

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone:  (202) 307-6390


OF COUNSEL:


PATRICK L. MEEHAN
United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF

PENNSYLVANIA

- - -

COPY

UNITED STATES OF AMERICA,          : Case No.  02-CV-3698

                    Plaintiff     :

          vs.                      :

ROBERT L. GAVETT,                  :

                    Defendant     :


- - -

PHILADELPHIA, PENNSYLVANIA

TUESDAY, DECEMBER 30, 2003

- - -

Scheduled deposition of ROBERT L. GAVETT, held at the office of Area Counsel, Internal Revene Service, Mellon Independence Center, 701 Market Street, commencing at 10:30 a.m., on the above date, before Brenda J. Cappiello, Court Reporter and Notary Public.


COURT REPORTING ASSOCIATES
1422 CHESTNUT STREET
SUITE 512
PHILADELPHIA, PA  19102
(215) 564-0466

GOVERNMENT
EXHIBIT
15

1    APPEARANCE:

2

3        UNITED STATES DEPARTMENT OF JUSTICE, TAX DIVISION

4        BY:   PAT S. GENIS, ESQUIRE

5        P.O. Box 227

6        Ben Franklin Station

7        Washington, DC   20044

8        (202) 307-6390

9        Representing the Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

E X H I B I T S

| Number | Description | Page |
|--------|-------------|------|
| GAVETT-1 | Notice of Deposition and Certificate of Service, 3 pages | 05 |

1     MS. GENIS:   My name is Pat

2  Genis, I'm a trial attorney with the

3  Department of Justice in this case,

4  United States versus Robert L. Gavett,

5  Case No 02-3698.

6     For the record, the United States

7  has sent a notice of deposition to Mr.

8  Gavett at his last known address, care of

9  General Delivery at 205 Roosevelt Drive,

10  Cherry Hill, New Jersey 08002-1140,

11  asking him to appear on December 30, 2003

12  at the office of Area Counsel, Internal

13  Revenue Service, Mellon Independence

14  Center, 701 Market Street, suite 2200,

15  Philadelphia, Pennsylvania.  Deposition

16  to begin at 10:30 a.m.

17     It is now 10:30 a.m. and Mr. Gavett

18  has not yet appeared.  We will go off the

19  record and return in 20 minutes.

20          - - -

21          (A brief intermission was taken.)

22          - - -

23     MS. GENIS:  This is Pat Genis

24  in the case of United States versus

1    Robert L.  Gavett 02-3698.  Mr. Robert L.
2    Gavett was duly noted to come to have his
3    deposition taken on today, December 30,
4    2003 at 10:30 a.m.  It is now 10:55, Mr.
5    Gavett has not appeared.
6         The deposition is concluded
7    for today.  Attached to the deposition is
8    the notice, as an exhibit is, a Notice of
9    Deposition and the Certificate of Service.
10   Thank you.
11              - - -
12         (Deposition concluded.)
13              - - -
14         (Exhibit Gavett-1 was marked
15   for identification.)
16              - - -
17
18
19
20
21
22
23
24

C E R T I F I C A T I O N

    I HEREBY CERTIFY that the proceedings and evidence are contained fully and accurately in the stenographic notes taken by me upon the foregoing matter and that this is a correct transcript of same.


*Brenda Cappiello*

BRENDA J. CAPPIELLO

COURT REPORTER

# LAWYERS NOTES

| Page | Line |
|------|------|
|      |      |

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintifff, | ) | |
| | ) | Case No. 02-CV-3698 |
| | ) | |
| ROBERT L. GAVETT | ) | |
| 1115 Cypress Court | ) | |
| Breinigsville, PA 18031 | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES OF AMERICA'S MOTION TO COMPEL
## DEFENDANT ROBERT L. GAVETT TO ATTEND DEPOSITION

The United States of America, through its attorneys, moves to compel the defendant to submit to a deposition examination under Fed. R. Civ. 30 . The defendant was served a notice of deposition on December 11, 2003.

In support of its motion, the Government avers that the defendant was served with a notice of deposition on December 11, 2003 under Fed. R. Civ. P. 30. (Ex. 1, attached.) The notice of deposition stated that the deposition would be held on December 30, 2003 at 10:30 a.m. The defendant failed to attend the deposition. A copy of the transcript is attached as Ex. 2.

GOVERNMENT
EXHIBIT
16

The Government now moves to compel the defendant to attend a scheduled deposition to proceed with the discovery process.

Dated:  March 9, 2004.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone:  (202) 307-6390

2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
 )
Plaintifff, )
 )    Case No. 02-CV-3698
 )
ROBERT L. GAVETT )
1115 Cypress Court )
Breinigsville, PA 18031 )
 )
Defendant. )

## NOTICE OF DEPOSITION

TO:   Robert Gavett
      c/o General Delivery At
      205 Roosevelt Drive
      Cherry Hill, NJ 08002-1140

PLEASE TAKE NOTICE that the Internal Revenue Service, by its counsel, will

take the deposition of Robert L. Gavett on **Tuesday, December 30, 2003**, at the office of

Area Counsel, Internal Revenue Service, Mellon Independence Center, 701 Market

Street, Suite 2200, Philadelphia, Pennsylvania 19106, upon oral examination, pursuant

to the Federal Rules of Civil Procedure.  Robert L. Gavett deposition will begin at **10:30**

**a.m.**



The foregoing deposition will be taken before some disinterested person authorized by law to administer an oath. If the deposition or examination is not commenced, or is commenced but not completed, then such deposition or examination shall be adjourned and continued until complete, without further notice other than proclamation at the place above stated.

Dated:  December 11, 2003.


_____
PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone:  (202) 307-6390


OF COUNSEL:


PATRICK L. MEEHAN
United States Attorney

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF

PENNSYLVANIA

- - -

COPY

UNITED STATES OF AMERICA,          :   Case No.   02-CV-3698

                    Plaintiff      :

          vs.                      :

ROBERT L. GAVETT,                  :

                    Defendant      :


- - -

PHILADELPHIA, PENNSYLVANIA

TUESDAY, DECEMBER 30, 2003

- - -

          Scheduled deposition of ROBERT L. GAVETT,
held at the office of Area Counsel, Internal Revene
Service, Mellon Independence Center, 701 Market
Street, commencing at 10:30 a.m., on the above
date, before Brenda J. Cappiello, Court Reporter
and Notary Public.


          COURT REPORTING ASSOCIATES
          1422 CHESTNUT STREET
               SUITE 512
          PHILADELPHIA, PA   19102
               (215) 564-0466

GOVERNMENT
EXHIBIT
2

1    APPEARANCE:

2

3        UNITED STATES DEPARTMENT OF JUSTICE, TAX DIVISION

4        BY:  PAT S. GENIS, ESQUIRE

5        P.O. Box 227

6        Ben Franklin Station

7        Washington, DC  20044

8        (202) 307-6390

9        Representing the Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

E X H I B I T S

| Number | Description | Page |
|--------|-------------|------|
| GAVETT-1 | Notice of Deposition and Certificate of Service, 3 pages | 05 |

 1          MS. GENIS:    My name is Pat

 2    Genis, I'm a trial attorney with the

 3    Department of Justice in this case,

 4    United States versus Robert L. Gavett,

 5    Case No 02-3698.

 6          For the record, the United States

 7    has sent a notice of deposition to Mr.

 8    Gavett at his last known address, care of

 9    General Delivery at 205 Roosevelt Drive,

10    Cherry Hill, New Jersey 08002-1140,

11    asking him to appear on December 30, 2003

12    at the office of Area Counsel, Internal

13    Revenue Service, Mellon Independence

14    Center, 701 Market Street, suite 2200,

15    Philadelphia, Pennsylvania.  Deposition

16    to begin at 10:30 a.m.

17          It is now 10:30 a.m. and Mr. Gavett

18    has not yet appeared.  We will go off the

19    record and return in 20 minutes.

20               - - -

21          (A brief intermission was taken.)

22               - - -

23          MS. GENIS:  This is Pat Genis

24    in the case of United States versus

1       Robert L.  Gavett 02-3698.  Mr. Robert L.

2       Gavett was duly noted to come to have his

3       deposition taken on today, December 30,

4       2003 at 10:30 a.m.  It is now 10:55, Mr.

5       Gavett has not appeared.

6            The deposition is concluded

7       for today.  Attached to the deposition is

8       the notice, as an exhibit is, a Notice of

9       Deposition and the Certificate of Service.

10      Thank you.

11                  - - -

12                  (Deposition concluded.)

13                  - - -

14                  (Exhibit Gavett-1 was marked

15      for identification.)

16                  - - -

17

18

19

20

21

22

23

24

C E R T I F I C A T I O N

     I HEREBY CERTIFY that the proceedings and evidence are contained fully and accurately in the stenographic notes taken by me upon the foregoing matter and that this is a correct transcript of same.

*Brenda Cappiello*

BRENDA J. CAPPIELLO
COURT REPORTER

# LAWYERS NOTES

| Page | Line | |
|------|------|--|
|      |      |  |

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            )
                                    )
            Plaintifff,             )
                                    )        Case No. 02-CV-3698
                                    )
ROBERT L. GAVETT                    )
1115 Cypress Court                  )
Breinigsville, PA 18031             )
                                    )
            Defendant.              )

## DECLARATION OF PAT S. GENIS

The undersigned hereby declares as follows:

1.      My name is Pat S. Genis.  I am a trial attorney with the Tax Division of the

United States Department of Justice in Washington, D.C.  In that position, I am

responsible for representing the interests of the United States in the above-captioned

case.

2.      On December 11, 2003, the United States mailed by first-class postage paid

to the defendant Robert L. Gavett a notice of deposition.  The deposition was scheduled

for December 30, 2003.

3.      Defendant, Robert L. Gavett did not appear at the deposition on

December 30, 2003.

4.      As of this date, March 9, 2004, defendant Robert L. Gavett has failed to

appear for a deposition as required by the Federal Rules of Civil Procedure, despite

being served with a notice of deposition as described above.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on March 9, 2003.

PAT S. GENIS

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            )
                                    )
            Plaintifff,             )
                                    )        Case No. 02-CV-3698
                                    )
ROBERT L. GAVETT                    )
1115 Cypress Court                  )
Breinigsville, PA 18031             )
                                    )
            Defendant.              )

**ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO COMPEL
DEFENDANT ROBERT L. GAVETT TO ATTEND DEPOSITION**

Having considered the United States of America's MOTION TO COMPEL

DEFENDANT ROBERT L. GAVETT TO ATTEND DEPOSITION, any opposition and

reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it further

ORDERED that the defendant shall appear to be sworn and to testify by oral

deposition pursuant to Fed. R. Civ. P. 30 on a date and at such time and place to be

designated by the United States; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed

below.

SO ORDERED this _____ day of _____, 2004.


                    _____
                    UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044

Robert Laurence Gavett
c/o General Delivery at
205 Roosevelt Drive
Cherry Hill, New Jersey 08002-1140

2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
          Plaintifff,             )
                                  )    Case No. 02-CV-3698
                                  )
ROBERT L. GAVETT                  )
1115 Cypress Court                )
Breinigsville, PA 18031           )
                                  )
          Defendant.              )

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing UNITED STATES OF AMERICA'S

MOTION TO COMPEL DEFENDANT ROBERT L. GAVETT TO ATTEND

DEPOSITION, DECLARATION OF PAT S. GENIS and proposed ORDER was caused to

be served this 9th day of March, 2004, by depositing a true and correct copy thereof in

the United States mail, postage prepaid, addressed as follows:

> Robert Gavett
> c/o General Delivery At
> 205 Roosevelt Drive
> Cherry Hill, NJ 08002-1140
>
> Pat S. Genis