

**U.S. Department of Justice**

**Tax Division**

Civil Trial Section, Eastern Region

---

EJO'C:DAH:PSGenis:syb
5-62-11307
CMN 2000101243

*Post Office Box 227*
*Washington, DC 20044*

*Telephone: (202) 307-6390*
*Telecopier: (202) 514-6866*

April 29, 2004

Robert Gavett
c/o General Delivery At
205 Roosevelt Drive
Cherry Hill, NJ 08002-1140

RE:  United States of America v. Robert L. Gavett
     Case No. 02-3698   (USDC E.D. Pa.)

Dear Mr. Gavett:

Enclosed is a notice of deposition in the above-referenced case.

If you have any questions, I can be reached at (202) 307-6390.  Thank you for your assistance in this matter.

Sincerely yours,

*Pat Genis*

PAT S. GENIS
Trial Attorney
Civil Trial Section, Eastern Region

Enclosure

GOVERNMENT
EXHIBIT

17

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintifff, | ) | Case No. 02-CV-3698 |
| | ) | |
| | ) | |
| ROBERT L. GAVETT | ) | |
| 1115 Cypress Court | ) | |
| Breinigsville, PA 18031 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO:    Robert Gavett
       c/o General Delivery At
       205 Roosevelt Drive
       Cherry Hill, NJ 08002-1140

PLEASE TAKE NOTICE that the Internal Revenue Service, by its counsel, will take the deposition of Robert L. Gavett on **May 24, 2004**, at the office of Area Counsel, Internal Revenue Service, Mellon Independence Center, 701 Market Street, Suite 2200, Philadelphia, Pennsylvania 19106, upon oral examination, pursuant to the Federal Rules of Civil Procedure.  Robert L. Gavett deposition will begin at **10:00 a.m.**

The foregoing deposition will be taken before some disinterested person authorized by law to administer an oath. If the deposition or examination is not commenced, or is commenced but not completed, then such deposition or examination shall be adjourned and continued until complete, without further notice other than proclamation at the place above stated.

Dated: April 29, 2004

PATRICK L. MEEHAN
United States Attorney

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-6390

2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA               )
                                       )
            Plaintifff,                )
                                       )    Case No. 02-CV-3698
                                       )
ROBERT L. GAVETT                       )
1115 Cypress Court                     )
Breinigsville, PA 18031                )
                                       )
            Defendant.                 )

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing NOTICE OF DEPOSITION was

caused to be served this 29th day of April, 2004, by depositing a true and correct copy

thereof in the United States mail, postage prepaid, addressed as follows:

Robert Gavett
c/o General Delivery At
205 Roosevelt Drive
Cherry Hill, NJ 08002-1140

Pat S. Genis

Genis 6116

Certified Mail # 7002 2030 0001 3349 8820

May 15, 2004

Page 1 of 2

Robert Laurence Gavett
c/o General Delivery at
205 Roosevelt Drive
Cherry Hill 08002-1140
NEW JERSEY

PAT S. GENIS
Trial Attorney, Tax Division
U.S. DEPARTMENT OF JUSTICE
P.O. Box 227
Washington, D.C. 20044

        Re: UNITED STATES OF AMERICA v. ROBERT L. GAVETT
            Case No. 02-CV-3698    (USDC E.D. Pa.)

Dear PAT S. GENIS,

I am returning herewith, attached hereto and incorporated herein as if fully reproduced, by reference, a *facsimile* of the "NOTICE OF DEPOSITION" which had been mailed by you, in *error*, whether either by *design* or by *mistake*, to the mail receptacle whereat I take my rest.. Although it might appear at first glance that is intended for me, upon closer examination it is quite apparent that it is intended, as have all of the previous *papers* you have mailed to this *abode*, for a specific *fictitious incorporeal persona* or *person* named ROBERT L. GAVETT.

Being not that *person* or the *designated party*, I have no choice but to *rebut* to you, whereas I have not the *status* to *communicate* with the Court or judge. May I remind you and make clear to you that the Court has only seen fit to issue "ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO COMPEL **DEFENDANT ROBERT L. GAVETT TO ATTEND DEPOSITION**" [Under liner in original, emboldened emphasis added]. It has not issued an order granting UNITED STATES OF AMERICA the *ability* or *capacity* to *compel* Robert Laurence Gavett, the *Man*, to attend a deposition.

I also notice that, in your cover letter, you have taken it upon yourself to change the referenced *style* of the *action* from all capital letters, representing *entities*, to upper and lower case, presumably in an attempt to create the *supposition* I am that *entity* or *person* named as Defendant or a *party* to the *action*, and that the UNITED STATES OF AMERICA is other than an *entity*. Neither is the case in the *suit*. Whereas I am not the named Defendant, you should know, or have need to know, that the complaint must be amended to name this *Man* if, indeed, I am the intended Defendant.

GOVERNMENT
EXHIBIT

18

Certified Mail # 7002 2030 0001 3349 8820

May 15, 2004

Page 2 of 2

Should you believe, or have evidence or contract to support your position, that I, the *Man*, am the intended Defendant, I demand that the *action* be amended to show my *legal name* **exactly** as it has been bestowed upon me, that is to say the Christian or given name, it being Robert Laurence, and the patronymic, it being Gavett. No other name is acceptable.

Being an attorney, you must certainly be aware that *"The word 'person' in legal terminology is perceived as a general word which normally includes in its scope a variety of entities **other than human beings**."* [Emboldened emphasis added]. I am an *independent Man*! I am not, neither do I represent as either *Pro Se* or as *agent* or as *counsellor*, the *entity* ROBERT L. GAVETT. Whereas I am an *independent Man* and not *party*, I therefore have no use of the papers you have sent to me, but I have retained the originals and the envelopes in which you mailed them in the event the same might be needed as evidence in the future.

I can neither be required nor have I chosen to represent any *entity*, be they *legal* or otherwise. Therefore, I respectfully decline your offer to me of the opportunity for me to participate in your *false and fraudulent representations* and *abuse of process*. I have no intention of permitting your *presumptions* to stand as presumptive fact by attending a deposition

You, Mr. Pat Genis, and Mr. William Yohn, Jr., jointly and severally, both in your personas as *Man* and in your official capacities as *actors*, have been Noticed previously of my *status* being that of *Man* and that I am not a *person*. However, you have seen fit, possibly by direction of Mr. Yohn, or so it may appear, to continue sending papers to my mail receptacle. I *demand* you CEASE AND DESIST such activities in the future.

Sincerely,

*Robert Laurence Gavett*

Robert Laurence Gavett, in propria persona, without prejudice and Sui juris.



U.S. Department of Justice

**Tax Division**

Civil Trial Section, Eastern Region



EJO'C:DAH:PSGenis:syb
5-62-11307
CMN 2000101243

*Post Office Box 227*
*Washington, DC 20044*

*Telephone: (202) 307-6390*
*Telecopier: (202) 514-6866*

April 29, 2004

Robert Gavett
c/o General Delivery At
205 Roosevelt Drive
Cherry Hill, NJ 08002-1140

RE:    United States of America v. Robert L. Gavett
       Case No. 02-3698    (USDC E.D. Pa.)

Dear Mr. Gavett:

Enclosed is a notice of deposition in the above-referenced case.

If you have any questions, I can be reached at (202) 307-6390. Thank you for your assistance in this matter.

Sincerely yours,

*Pat Genis*

PAT S. GENIS
Trial Attorney
Civil Trial Section, Eastern Region

Enclosure

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintifff, | ) | Case No. 02-CV-3698 |
| | ) | |
| | ) | |
| ROBERT L. GAVETT | ) | |
| 1115 Cypress Court | ) | |
| Breinigsville, PA 18031 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO:    Robert Gavett
       c/o General Delivery At
       205 Roosevelt Drive
       Cherry Hill, NJ 08002-1140

PLEASE TAKE NOTICE that the Internal Revenue Service, by its counsel, will

take the deposition of Robert L. Gavett on **May 24, 2004**, at the office of Area Counsel,

Internal Revenue Service, Mellon Independence Center, 701 Market Street, Suite 2200,

Philadelphia, Pennsylvania 19106, upon oral examination, pursuant to the Federal Rules

of Civil Procedure.  Robert L. Gavett deposition will begin at **10:00 a.m.**

The foregoing deposition will be taken before some disinterested person authorized by law to administer an oath. If the deposition or examination is not commenced, or is commenced but not completed, then such deposition or examination shall be adjourned and continued until complete, without further notice other than proclamation at the place above stated.

Dated: April 29, 2004

PATRICK L. MEEHAN
United States Attorney

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-6390

2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )
                                     )
        Plaintifff,       )
                                     )   Case No. 02-CV-3698
                                     )
ROBERT L. GAVETT            )
1115 Cypress Court           )
Breinigsville, PA 18031     )
                                   )
        Defendant.     )

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing NOTICE OF DEPOSITION was

caused to be served this 29th day of April, 2004, by depositing a true and correct copy

thereof in the United States mail, postage prepaid, addressed as follows:

                    Robert Gavett
                    c/o General Delivery At
                    205 Roosevelt Drive
                    Cherry Hill, NJ 08002-1140

                    Pat S. Genis

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 02-CV-3698 |
| | ) | |
| Robert Laurence Gavett, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>AMENDED NOTICE OF DEPOSITION</u>

TO:    Robert Laurence Gavett
       c/o General Delivery At
       205 Roosevelt Drive
       Cherry Hill, NJ 08002-1140

PLEASE TAKE NOTICE that the United States, by its counsel, will take the

deposition of Robert Laurence Gavett on **May 24, 2004**, at the office of Area Counsel,

Internal Revenue Service, Mellon Independence Center, 701 Market Street, Suite 2200,

Philadelphia, Pennsylvania 19106, upon oral examination, pursuant to the Federal Rules

of Civil Procedure.  Robert Laurence Gavett's deposition will begin at **10:00 a.m.**

GOVERNMENT
EXHIBIT
19

The deposition will be taken before some disinterested person authorized by law to administer an oath.  If the deposition or examination is not commenced, or is commenced but not completed, then such deposition or examination shall be adjourned and continued until complete, without further notice other than proclamation at the place above stated.

Dated: May 19, 2004.

PATRICK L. MEEHAN
United States Attorney

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone:  (202) 307-6390

2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 02-CV-3698 |
| | ) | |
| Robert Laurence Gavett, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the AMENDED NOTICE OF DEPOSITION was

caused to be served this 19th day of May, 2004, by Federal Express and by first-class

mail, addressed as follows:

Robert Laurence Gavett
c/o General Delivery At
205 Roosevelt Drive
Cherry Hill, NJ 08002-1140

Pat S. Genis

From:    Origin ID:    (202)307-6417
S.Y. Brown
USDOJ/TAX/CTS/EASTERN
555 4TH STREET, N W
Room 6100A
**WASHINGTON, DC 20001**



**FedEx**
Express

**E**

CL6002404

Ship Date: 19MAY04
Actual Wgt: 1 LB
System# 5456735/INET1800.
Account# S *********

REF:

Delivery Address Bar Code

SHIP TO:    (000)000-0000        BILL SENDER

**Robert L. Gavett**
**Robert L. Gavett**
**205 Roosevelt Drive**
**205 Roodevelt Drive**
**Cherry Hill, NJ 080021140**



**PRIORITY OVERNIGHT**

TRK#    **7906  4504  6550**    FORM
0201

**08002**    -NJ-US

**THU**
Deliver By:
20MAY04

**PHL**    A1

**Z9 TKAA**

Shipping Label: Your shipment is complete

Cancel shipment    Edit shipment information    Process another shipment    Repeat last shipment

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

5/19/2004 11:47 AM

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

* * *

| | | |
|---|---|---|
| UNITED STATES, | : | ORIGINAL |
| Plaintiff, | : | |
| vs | : | |
| ROBERT LAURENCE GAVETT, | : | |
| | : | NO. 02-CV-3698 |
| Defendant. | | |

* * *

STATEMENT FOR THE RECORD

...held at the United States Department of
Justice, Internal Revenue Service, 702 Market
Street, Suite 2200, Philadelphia, Pennsylvania,
on Monday, May 24, 2004, commencing at 10:10
a.m., before Daniel Morrison, an Approved Court
Reporter in and for the United States District
Court.

```
GOVERNMENT
EXHIBIT
    20
```

COURT REPORTING ASSOCIATES
1422 Chestnut Street, Suite 512
Philadelphia, PA 19103
(215) 546-0466

2

1    APPEARANCES:

2    UNITED STATES DEPARTMENT OF JUSTICE
     TAX DIVISION
3    BY:  PAT S. GENIS, ESQ., TRIAL ATTORNEY
     P.O. Box 227
4    Ben Franklin Station
     Washington, D.C.  20044
5    (202) 307-6390

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

3

1    MS. GENIS:  My name is Pat Genis.  I

2  am here to take the deposition of Robert

3  Lawrence Gavett in the case of United

4  States v Robert Laurence Gavett, Case No.

5  02-3698.

6    It is now 10:10 a.m.  The deposition

7  of Mr. Gavett was scheduled for 10:00 a.m.

8  Mr. Gavett is not here.  However, I will

9  wait an additional 30 minutes to allow him

10 time to come for the deposition.

11    (Pause until 10:45 a.m.)

12    MS. GENIS:  This is in the case of

13 the United States vs Robert Lawrence

14 Gavett.  It is now 10:45 a.m..  I have

15 been waiting for Mr. Gavett to attend the

16 deposition.  However, he has not arrived.

17 I want to put on the record Exhibits 1

18 through 4.

19    Exhibit 1 is a Notice of Deposition

20 for today, which was sent to Mr. Gavett on

21 April 29, 2004.

22    Exhibit 4 is a letter to Pat Genis

23 from Robert Gavett stating his correct name

24 is Robert Laurence Gavett.

4

1    Exhibit 2 is an Amended Notice of

2    Deposition scheduling the deposition for

3    today that was sent to Robert Laurence

4    Gavett.

5    Exhibit 3 is a copy of the last page

6    of a PACER.  It shows that on March 30,

7    2004, the judge issued an order that the

8    plaintiff's motion compelling the defendant

9    Robert L. Gavett to attend a deposition was

10    so granted.

11    He further ordered the clerk to

12    distribute copies of this order to the

13    persons listed below.

14    With that, I close the statement.

15    Thank you.

16    * * *

17    (Whereupon, the statement concluded

18    at 10:46 a.m.)

19

20

21

22

23

24

5

REPORTER'S CERTIFICATE

I HEREBY CERTIFY that I am a Commissioned Court Reporter in and for the Commonwealth of Pennsylvania and an Approved Court Reporter for the United States District Court.

I FURTHER CERTIFY that the witness was sworn to testify to the truth.

I FURTHER CERTIFY that the foregoing is, to the best of my ability, a true and accurate transcript of the testimony taken stenographically by me at the time, place and date hereinbefore set forth.

I FURTHER CERTIFY that I am neither a relative, employee, attorney nor counsel to any of the parties to the action and that I am neither a relative nor employee of such attorney or counsel and that I am not financially interested in the action.

Daniel Morrison
Court Reporter

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

# LAWYERS NOTES

| Page | Line | |
|------|------|--|
|      |      |  |

**U.S. Department of Justice**

**Tax Division**

Civil Trial Section, Eastern Region

---

EJO'C:DAH:PSGenis:syb
5-62-11307
CMN 2000101243

*Post Office Box 227*
*Washington, DC 20044*

*Telephone: (202) 307-6390*
*Telecopier: (202) 514-6866*

April 29, 2004

Robert Gavett
c/o General Delivery At
205 Roosevelt Drive
Cherry Hill, NJ 08002-1140

     RE:    United States of America v. Robert L. Gavett
              <u>Case No. 02-3698   (USDC E.D. Pa.)</u>

Dear Mr. Gavett:

     Enclosed is a notice of deposition in the above-referenced case.

     If you have any questions, I can be reached at (202) 307-6390.  Thank you for your assistance in this matter.

Sincerely yours,

*Pat Genis*

PAT S. GENIS
Trial Attorney
Civil Trial Section, Eastern Region

Enclosure

EXHIBIT
1
ALL-STATE LEGAL®

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                                   )
         Plaintifff,              )
                                   )      Case No. 02-CV-3698
                                   )
ROBERT L. GAVETT                 )
1115 Cypress Court               )
Breinigsville, PA 18031           )
                                   )
         Defendant.             )

## NOTICE OF DEPOSITION

TO:    Robert Gavett
        c/o General Delivery At
        205 Roosevelt Drive
        Cherry Hill, NJ 08002-1140

PLEASE TAKE NOTICE that the Internal Revenue Service, by its counsel, will

take the deposition of Robert L. Gavett on **May 24, 2004**, at the office of Area Counsel,

Internal Revenue Service, Mellon Independence Center, 701 Market Street, Suite 2200,

Philadelphia, Pennsylvania 19106, upon oral examination, pursuant to the Federal Rules

of Civil Procedure. Robert L. Gavett deposition will begin at **10:00 a.m.**

The foregoing deposition will be taken before some disinterested person authorized by law to administer an oath.  If the deposition or examination is not commenced, or is commenced but not completed, then such deposition or examination shall be adjourned and continued until complete, without further notice other than proclamation at the place above stated.

Dated: April 29, 2004

PATRICK L. MEEHAN
United States Attorney

*Pat Genis*

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone:  (202) 307-6390

2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
        )
        Plaintifff,    )
        )    Case No. 02-CV-3698
        )
ROBERT L. GAVETT    )
1115 Cypress Court    )
Breinigsville, PA 18031    )
        )
        Defendant.    )

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing NOTICE OF DEPOSITION was caused to be served this 29th day of April, 2004, by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

Robert Gavett
c/o General Delivery At
205 Roosevelt Drive
Cherry Hill, NJ 08002-1140

Pat S. Genis

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 02-CV-3698 |
| | ) | |
| Robert Laurence Gavett, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED NOTICE OF DEPOSITION

TO:    Robert Laurence Gavett
c/o General Delivery At
205 Roosevelt Drive
Cherry Hill, NJ 08002-1140

PLEASE TAKE NOTICE that the United States, by its counsel, will take the deposition of Robert Laurence Gavett on **May 24, 2004**, at the office of Area Counsel, Internal Revenue Service, Mellon Independence Center, 701 Market Street, Suite 2200, Philadelphia, Pennsylvania 19106, upon oral examination, pursuant to the Federal Rules of Civil Procedure.  Robert Laurence Gavett's deposition will begin at **10:00 a.m.**



The deposition will be taken before some disinterested person authorized by law to administer an oath. If the deposition or examination is not commenced, or is commenced but not completed, then such deposition or examination shall be adjourned and continued until complete, without further notice other than proclamation at the place above stated.

Dated: May 19, 2004.

PATRICK L. MEEHAN
United States Attorney

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-6390

2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES,                          )
                                        )
              Plaintiff,                )
                                        ) Case No. 02-CV-3698
                                        )
Robert Laurence Gavett,                 )
                                        )
              Defendant.                )

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the AMENDED NOTICE OF DEPOSITION was

caused to be served this 19th day of May, 2004, by Federal Express and by first-class

mail, addressed as follows:

> Robert Laurence Gavett
> c/o General Delivery At
> 205 Roosevelt Drive
> Cherry Hill, NJ 08002-1140

Pat S. Genis

| | | Preliminary Objection. (np) (Entered: 09/09/2002) |
|---|---|---|
| 09/12/2002 | 3 | AFFIDAVIT of Service by Patrick Bacelli re: served summons and complaint upon deft Robert Gavett by certified mail on undated. (gn, ) (Entered: 09/12/2002) |
| 12/02/2003 | 4 | SCHEDULING ORDER: ALL DISCOVERY DUE BY 6/30/2004. ALL MOTIONS DUE BY 7/15/2004. THE CASE IS SCHEDULED FOR TRIAL ON 8/30/2004 AT 10:00 AM.BEFORE HONORABLE WILLIAM H. YOHN JR. ( SIGNED BY JUDGE WILLIAM H. YOHN JR. ON 12/1/03. ) 12/2/03 ENTERED AND COPIES MAILED.(gn, ) (Entered: 12/02/2003) |
| 12/09/2003 | 5 | Minute Entry for proceedings held before Judge WILLIAM H. YOHN JR.: Rule 16 Conference held on 12/1/03. ESR Operator: Carol Sampson. (gn, ) (Entered: 12/09/2003) |
| 12/23/2003 | 6 | NOTICE of Refusal for cause with Letter of Constructive Notice and Rebuttal filed by deft by ROBERT L. GAVETT (gn, ) (Entered: 12/23/2003) |
| 03/09/2004 | 7 | MOTION to Compel *Defendant Robert L. Gavett to Attend Deposition* filed by UNITED STATES OF AMERICA.Declaration, Certificate of Service.(GENIS, PAT) (Entered: 03/09/2004) |
| 03/30/2004 | 8 | ORDER THAT PLFF'S MOTION TO COMPEL DEFT ROBERT L GAVETT TO ATTEND DEPOSITION IS GRANTED. IT IS FURTHER ORDERED THAT THE CLERK SHALL DISTRIBUTE COPIES OF THIS ORDER TO THE PERSONS LISTED BELOW. ( SIGNED BY JUDGE WILLIAM H. YOHN JR. ON 3/29/04.) 3/30/04 ENTERED AND COPIES MAILED. (gn, ) (Entered: 03/30/2004) |

**EXHIBIT**
3
ALL-STATE LEGAL®

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/24/2004 10:28:25 | | |
| PACER Login: | ir1885 | Client Code: |
| Description: | Docket Report | Case Number: 2:02-cv-03698-WY |
| Billable Pages: | 1 | Cost: 0.07 |

Certified Mail # 7002 2030 0001 3349 8820

May 15, 2004

Page 1 of 2

Robert Laurence Gavett
c/o General Delivery at
205 Roosevelt Drive
Cherry Hill 08002-1140
NEW JERSEY

PAT S. GENIS
Trial Attorney, Tax Division
U.S. DEPARTMENT OF JUSTICE
P.O. Box 227
Washington, D.C. 20044

Re: UNITED STATES OF AMERICA v. ROBERT L. GAVETT
Case No. 02-CV-3698   (USDC E.D. Pa.)

Dear PAT S. GENIS,

I am returning herewith, attached hereto and incorporated herein as if fully reproduced, by reference, a *facsimile* of the "NOTICE OF DEPOSITION" which had been mailed by you, in *error*, whether either by *design* or by *mistake*, to the mail receptacle whereat I take my rest.. Although it might appear at first glance that is intended for me, upon closer examination it is quite apparent that it is intended, as have all of the previous *papers* you have mailed to this *abode*, for a specific *fictitious incorporeal persona* or *person* named ROBERT L. GAVETT.

Being not that *person* or the *designated party*, I have no choice but to *rebut* to you, whereas I have not the *status* to *communicate* with the Court or judge. May I remind you and make clear to you that the Court has only seen fit to issue "ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO COMPEL **DEFENDANT ROBERT L. GAVETT TO ATTEND DEPOSITION**" [Under liner in original, emboldened emphasis added]. It has not issued an order granting UNITED STATES OF AMERICA the *ability* or *capacity* to compel Robert Laurence Gavett, the *Man*, to attend a deposition.

I also notice that, in your cover letter, you have taken it upon yourself to change the referenced *style* of the *action* from all capital letters, representing *entities*, to upper and lower case, presumably in an attempt to create the *supposition* I am that *entity* or *person* named as Defendant or a *party* to the *action*, and that the UNITED STATES OF AMERICA is other than an *entity*. Neither is the case in the *suit*. Whereas I am not the named Defendant, you should know, or have need to know, that the complaint must be amended to name this *Man* if, indeed, I am the intended Defendant.



Certified Mail # 7002 2030 0001 3349 8820

May 15, 2004

Page 2 of 2

Should you believe, or have evidence or contract to support your position, that I, the *Man*, am the intended Defendant, I demand that the *action* be amended to show my *legal name* **exactly** as it has been bestowed upon me, that is to say the Christian or given name, it being Robert Laurence, and the patronymic, it being Gavett. No other name is acceptable.

Being an attorney, you must certainly be aware that *"The word 'person' in legal terminology is perceived as a general word which normally includes in its scope a variety of entities **other than human beings.** "* [Emboldened emphasis added]. I am an *independent Man*! I am not, neither do I represent as either *Pro Se* or as *agent* or as *counsellor*, the *entity* ROBERT L. GAVETT. Whereas I am an *independent Man* and not *party*, I therefore have no use of the papers you have sent to me, but I have retained the originals and the envelopes in which you mailed them in the event the same might be needed as evidence in the future.

I can neither be required nor have I chosen to represent any *entity*, be they *legal* or otherwise. Therefore, I respectfully decline your offer to me of the opportunity for me to participate in your *false and fraudulent representations* and *abuse of process*. I have no intention of permitting your *presumptions* to stand as presumptive fact by attending a deposition

You, Mr. Pat Genis, and Mr. William Yohn, Jr., jointly and severally, both in your personas as *Man* and in your official capacities as *actors*, have been Noticed previously of my *status* being that of *Man* and that I am not a *person*. However, you have seen fit, possibly by direction of Mr. Yohn, or so it may appear, to continue sending papers to my mail receptacle. I *demand* you CEASE AND DESIST such activities in the future.

Sincerely,

Robert Laurence Gavett

Robert Laurence Gavett, in propria persona, without prejudice and Sui juris.