IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Civil No. 2:02-cv-3698 (WHY) | |
| | ) | | |
| ROBERT L. GAVETT | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER

The Court, having considered the United States' Motion to Stay Scheduling Order and Trial, and finding good cause shown, orders that the scheduling order and trial are stayed pending this Court's decision on the United States' Motion for Summary Judgment and for Judgment Under Fed.R.Civ.P. 37.

SO ORDERED this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 227
Washington, D.C. 20044

Robert Laurence Gavett
1115 Cypress Court
Breinigsville, PA  18031