IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| V. | : | NO. 02-3698 |
| ROBERT L. GAVETT | : | |

O R D E R

**AND NOW**, this 9th day of August, 2004, upon consideration of the United States' motion to stay scheduling order and trial date, **IT IS HEREBY ORDERED** that the motion is **DENIED AS MOOT**.

_____
William H. Yohn, Jr., Judge