IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:02-cv-3698 (WHY) |
| | ) | |
| ROBERT L. GAVETT | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Court, having conducted a trial by the Court in this matter, it is this

_____ day _____, 2004, at Philadelphia, Pennsylvania

ORDERED that the Clerk shall ENTER judgment in favor of the United States

and against defendant in substantially the following form:

      This action was tried by the Court on August 30, 2004, and the Court having considered the arguments and evidence,

It is Ordered and Adjudged

      That judgment shall be entered in favor of the UNITED STATES and against defendant, ROBERT L. GAVETT, in the total amount of $225,166.55, plus interest accruing as of March 1, 1999, until paid, at the rates established by 26 U.S.C. § 6621, said sum representing the individual income tax liabilities of Robert L. Gavett for the tax years ended December 31, 1980 through December 31, 1987.

It is further Ordered and Adjudged

      That the federal tax liens, described in the complaint, are valid and subsisting tax liens upon all property and

      rights to property of defendant Robert L. Gavett, as of the dates of the tax assessments made against him.

ORDERED that the Clerk shall distribute copies of this Order to the parties listed below.

                                                    _____UNITED STATES DISTRICT JUDGE

Copies to:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044

ROBERT LAURENCE GAVETT
1115 Cypress Court
Breiningsville, PA  18031