IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:02-cv-3698 (WHY) |
| ) | |
| ROBERT L. GAVETT ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that UNITED STATES' MOTION FOR ORDER DIRECTING SALE OF PROPERTY, supporting MEMORANDUM, and proposed ORDER, were served on September 7, 2004, by mailing a copy first class mail, postage prepaid, addressed as follows:

> Robert Laurence Gavett
> 1115 Cypress Court
> Breiningsville, PA  18031

                                                /s/ Pat Genis
                                                PAT S. GENIS