IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintifff, )<br>) Case No. 02-CV-3698<br>)<br>ROBERT L. GAVETT )<br>1115 Cypress Court )<br>Breinigsville, PA 18031 )<br>)<br>Defendant. ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing UNITED STATES OF AMERICA'S

MOTION FOR CONFIRMATION OF SALE and proposed ORDER was caused to be

served this 29th day of September, 2005, by depositing a true and correct copy thereof

in the United States mail, postage prepaid, addressed as follows:

> Robert Gavett
> c/o General Delivery At
> 205 Roosevelt Drive
> Cherry Hill, NJ 08002-1140
>
>    /s/Pat S. Genis
> Pat S. Genis