United States of America,    )     Case No 01-302J
    Plaintiff,    )     Report of Judicial Sale
                             )
vs.    )
                             )
Robert Gavett    )
    Defendant,

Pursuant to an Order of Sale entered September 16, 2004, the Internal Revenue Service conducted a public auction sale of the real property against which the court ordered the foreclosure of the Federal Tax Lien. On behalf of the United States, plaintiff, the Property Appraisal and Liquidation Specialist, submits the following report and accounting of that sale.

1. On June 23, 2005, the real property located at 1115 Cypress Ct. Breinigville, PA., was sold at a public auction held at the property address, at 11:00 O'clock a.m.

2. The property sold to the highest bidder for $13,000.00. Mr. Joseph Cubbage, of 91 Old Company Rd. Barto, Pa. 19504, tendered the highest acceptable bid for said property. The full amount of the bid in the amount of $13,000.00 was paid at the time of sale.

3. Pursuant to the Order of Sale, the proceeds shall first be applied to the Internal Revenue Service for reimbursement of expenses of sale, which are:

- The Morning Call, PO. Box 1108 Allentown, Pa. 18105 for publishing the legal ad in Lehigh County, Pa. on April 29, May 6, May 13 and May 20, 2005. There were also costs for publishing a legal ad for four consecutive weeks prior to the first sale attempt on February 24, 2005.
    Total cost of $ 4,519.28

- Scott A. Marzella, 8801 Max Way Breinigsville, Pa. 18031 for cleaning and maintenance.
    Total cost of $ 400.00

4. The remaining proceeds are to be paid over to the United States of America, payable to the Internal Revenue Service, for the tax liabilities of Robert Gavett as evidenced by the judgment entered against him in this action.

5. There are no surplus proceeds in this action.



| | |
|---|---|
| United States of America, ) | Case No. |
| ) | |
| Plaintiff, ) | Declaration of: Anthony Neri |
| Vs. ) | Property Appraisal and Liquidation Spec. |
| ) | |
| Robert L. Gavett ) | |
| ) | |
| Defendant ) | |

I, Anthony Neri, Property Appraisal and Liquidation Specialist, declare the following:

1.) I am presently employed as a Property Appraisal and Liquidation Specialist with the Internal Revenue Service.

2.) For four weeks prior to June 23, 2005, the attached Notice Judicial of Sale was published in The Morning Call, a newspaper which has general circulation in the county where this subject property is situated. Said notice was published on April 29, May 6, May 13 and May 20, 2005. Attached is the publisher's affidavit of publication. The cost of publication was $2,278.44. Additional advertising cost $2,240.84.

3.) On June 23, 2005, at 11:00 O'clock a.m., at 1115 Cypress Ct., Breinigsville, PA., the United States offered for sale at public auction to the highest bidder the property described in the Notice of Sale. 5 bidders attended the auction. The successful bidder, Joseph Cubbage, bid $ 13,000.0, and paid the full amount. A copy of the receipt for deposit is attached. Joseph Cubbage, the bidder, has an address of 91 Old Company Rd. Barto, Pa. 19504.

4.) The full amount of the purchase price was received on June 23, 2005.

5.) A closing memorandum will also be provided.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/27/05

Anthony Neri
Property Appraisal and Liquidation Specialist

**THE MORNING CALL** (610)820-6679     Advertising Invoice/Statement

| Invoice # | Invoice Date | Due Date |
|---|---|---|
| 456150-0521 L | 05/21/05 | 05/28/05 ** |
| Salesperson | | |
| 11 | 26592 | |
| Balance Forward | Charges | Total Amount Due |
| .00 | .00 | 2,278.44 |

For office use only:

3   4        1 2 3 4 5 6 7 8 9

Please explain any payment variations on separate sheet of paper.

INTERNAL REVNUE SERVICE
ANTHONY NERI
200 SHEFFIELD ST
2ND FLR
MOUNTAINSIDE NJ 07092

THE MORNING CALL       L
PO BOX 1108
ALLENTOWN PA 18105-1108

RETURN THIS PORTION WITH YOUR PAYMENT
KEEP THIS PORTION FOR YOUR RECORDS

**THE MORNING CALL**                   Advertising Invoice/Statement             PAGE 1
101 North Sixth Street
P.O. Box 1260
Allentown, PA 18105-1260
**(610)820-6679**

| Invoice # | Invoice Date | Salesperson | Balance Forward |
|---|---|---|---|
| 456150-0521 L | 05/21/05 | 11 | .00 |

| Date | Code | Reference | Description | Size | Times | Amount |
|---|---|---|---|---|---|---|
| 04/29X | | 26592 | NTC OF JUDICIAL SALE -ID# 22-05490@ | 576 | | 2,275.44 |
| 04/29 05/06 05/13 05/20 | | | ( 144L - 4X ) | | | |
| 05/20 | | | AFFIDAVIT CHARGE (AFFIDAVIT  $2.00  CLERICAL FEE  1.00) | | | 3.00 |

Internal Revenue Service
Received
JUN - 1 2005
SBSE Group
Mountainside, NJ 07092

| | | AGING | | | |
|---|---|---|---|---|---|
| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | CHARGES | TOTAL AMOUNT DUE |
| .00 | .00 | .00 | .00 | .00 | 2,278.44 |

# THE MORNING CALL  (610)820-6679                     Advertising Invoice/Statement

| Invoice # | Invoice Date | Due Date | |
|---|---|---|---|
| 456150-0521 L | 05/21/05 | 05/28/05 | ** |

| Salesperson | |
|---|---|
| 11 | 26592 |

| Balance Forward | Charges | Total Amount Due |
|---|---|---|
| .00 | .00 | 2,278.44 |

For office use only:

3   4              1  2  3  4  5  6  7  8  9

Please explain any payment variations on separate sheet of paper.

INTERNAL REVNUE SERVICE
ANTHONY NERI
200 SHEFFIELD ST
2ND FLR
MOUNTAINSIDE NJ 07092

THE MORNING CALL           L
PO BOX 1108
ALLENTOWN PA 18105-1108

RETURN THIS PORTION WITH YOUR PAYMENT
KEEP THIS PORTION FOR YOUR RECORDS

# THE MORNING CALL
101 North Sixth Street
P.O. Box 1260
Allentown, PA 18105-1260
**(610)820-6679**

Advertising Invoice/Statement                         PAGE 1

| Invoice # | Invoice Date | Salesperson | Balance Forward |
|---|---|---|---|
| 456150-0521 L | 05/21/05 | 11 | .00 |

| Date | Code | Reference | Description | Size | Times | Amount |
|---|---|---|---|---|---|---|
| 04/29X | | 26592 | NTC OF JUDICIAL SALE -ID# 22-05490@ | 576 | | 2,275.44 |
| | 04/29 05/06 05/13 05/20 | | ( 144L - 4X ) | | | |
| 05/20 | | | AFFIDAVIT CHARGE (AFFIDAVIT    $2.00 CLERICAL FEE  1.00) | | | 3.00 |

**PAID**

| | | AGING | | | |
|---|---|---|---|---|---|
| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | CHARGES | TOTAL AMOUNT DUE |
| .00 | .00 | .00 | .00 | .00 | 2,278.44 |

# Proof of Publication Notice in The Morning Call

*Under Act No. 587, Approved May 16, 1929, and its amendments*

COPY OF NOTICE OR ADVERTISEMENT

**NOTICE OF JUDICIAL SALE**

Pursuant to an Order of Sale entered in United States vs. Robert L. Gavett, the United States will offer to sell at public auction property located in Lehigh County, Pa., located at 1115 Cypress Ct., Breinigsville, Pa. 18031.

1989 Colony Double-Wide Mobile Home, currently located in Green Acres (an MHC Community)
VIN# SN00455AB   Title# 4233144201
Date and Time of Auction: June 23, 2005 at 11:00 am
Location of Auction: 1115 Cypress Ct., Breinigsville, Pa. 18031
Minimum Bid: $10,000.00

**Terms and Conditions of Sale**

The successful bidder shall be required to deposit at the time of sale with the Internal Revenue Service, Property Appraisal and Liquidation Specialist, 10% of the successful bid, with the deposit to be made by certified or cashier's check. Before being permitted to bid at the sale, bidders shall display to the Internal Revenue Service proof that they are able to comply with this requirement. No bids will be accepted from anyone who has not presented that proof.

The balance of the purchase price for the realty is to be paid to the Internal Revenue Service, Property Appraisal and Liquidation Specialist, within sixty (60) days after the bid is accepted by certified or cashier's check payable as instructed by the Internal Revenue Service. If the bidder fails to fulfill this requirement, the deposit shall be forfeited and shall be applied to the expenses of sale, with any amount remaining returned to the bidder. The property shall again be offered for sale, under the terms and conditions of the judgment and decree. The United States may bid as a creditor against its judgment without any tender of cash.

The government reserves the right to reject any and all bids and to withdraw the property from sale.

The sale shall be free and clear of all transfers and/or conveyances after June 23, 2005.

The sale shall be subject to building lines if established, all laws, ordinances, and governmental regulation (including building and zoning ordinances), affecting the premises, and easements and restrictions of record, if any.

Residency at Green Acres, an MHC Community, is contingent upon the approval of Green Acres, an MHC Community.

The United States District Court entered a judgment that Robert L. Gavett owned the property at the time the federal tax lien arose. United States vs. Robert L. Gavett. The judgment is now final. The United States will sell the right, title and interest of Robert L. Gavett in the subject property, and Robert L. Gavett will have no right to redeem said property after the judicial sale.

The property is offered for sale "as is" and "where is" and without recourse against the United States. The United States makes no guarantee of condition of the property, or its fitness for any purpose. The United States will not consider any claim for allowance or adjustment or for the rescission of the sale based on failure of the property to comply with any expressed or implied representation.

The Court will confirm the sale under Rule A-570 of the Local Rules of the United States District Court for the Eastern District of Pennsylvania. A judicial certificate of sale executed after confirmation shall discharge the property from all liens, encumbrances, and titles over which the United States had priority.

**Important Information**

This is **not** an advertisement of a sale of seized property. This is an information notice only regarding a sale being conducted by the Internal Revenue Service as a result of the foreclosure of an Internal Revenue Service Federal Tax Lien by the Department of Justice.

Additional Information can be found at www.ustreas.gov/auctions/irs or call Anthony Neri, Property Appraisal and Liquidation Specialist at 908-301-2282.

#26592 — Apr. 29, May 6, 13, 20

---

STATE OF PENNSYLVANIA } ss:
COUNTY OF LEHIGH

.......... **Glenn Adams, Credit Manager** .......... of THE MORNING CALL, INC., of the County and State aforesaid, being duly sworn, deposes and says that THE MORNING CALL is a newspaper of general circulation as defined by the aforesaid Act, whose place of business is 101 North Sixth Street, City of Allentown, County and State aforesaid, and that the said newspaper was established in 1888 since which date THE MORNING CALL has been regularly issued in said County, and that the printed notice or advertisement attached hereto is exactly the same as was printed and published in regular editions and issues of the said THE MORNING CALL on the following dates, viz.:

**APRIL 29TH MAY 6th, & 13th**

and the **20TH** day of **MAY** A.D. 20 **05**

Affiant further deposes that he is the designated agent duly authorized by THE MORNING CALL, INC., a corporation, publisher of said THE MORNING CALL, a newspaper of general circulation, to verify the foregoing statement under oath, and the affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

.................. *[signature]* ..................
Designated Agent, THE MORNING CALL, INC.

SWORN to and subscribed before me this **20th** day of **MAY** 20 **05**

.................. *[signature]* ..................

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Gayle M. Jenkins, Notary Public
City Of Allentown, Lehigh County
My Commission Expires Jan. 29, 2009
Member, Pennsylvania Association of Notaries

My Commission Expires:

**PUBLISHER'S RECEIPT FOR ADVERTISING COSTS**

THE MORNING CALL, INC., publisher of THE MORNING CALL, a newspaper of general circulation, hereby acknowledges receipt of the aforesaid notice and publication costs and certifies that the same have been duly paid.

THE MORNING CALL, INC. a Corporation,
Publishers of THE MORNING CALL
A Newspaper of General Circulation
By .................. *[signature]* ..................

Record #   1E+0

# THE MORNING CALL

Advertising Invoice/Statement

| Invoice # | Invoice Date | Due Date |
|---|---|---|
| 456150-0506 L | 02/05/05 | 02/12/05 ** |
| Salesperson | | |
| 11 | 3231 | |
| Balance Forward | Charges | Total Amount Due |
| .00 | .00 | 2,240.84 |

For office use only:

3   4     1 2 3 4 5 6 7 8 9

Please explain any payment variations on separate sheet of paper.

INTERNAL REVNUE SERVICE
ANTHONY NERI
200 SHEFFIELD ST
2ND FLR
MOUNTAINSIDE NJ 07092

THE MORNING CALL          L
PO BOX 1108
ALLENTOWN PA 18105-1108

RETURN THIS PORTION WITH YOUR PAYMENT
KEEP THIS PORTION FOR YOUR RECORDS

# THE MORNING CALL

101 North Sixth Street
P.O. Box 1260
Allentown, PA 18105-1260
(610)820-6679

Advertising Invoice/Statement          PAGE 1

| Invoice # | Invoice Date | Salesperson | Balance Forward |
|---|---|---|---|
| 456150-0506 L | 02/05/05 | 11 | .00 |

| Date | Code | Reference | Description | Size | Times | Amount |
|---|---|---|---|---|---|---|
| 01/11X | | 3231 | NTC OF JUDICIAL SALE -US V ROBERT GAVETT@ | 592 | | 2,237.84 |
| 01/11 01/18 01/25 02/01 | | | ( 148L - 4X ) | | | |
| 02/01 | | | AFFIDAVIT CHARGE (AFFIDAVIT    $2.00 CLERICAL FEE   1.00) | | | 3.00 |

FEB 2005

AFFIDAVIT ENCLOSED

| | AGING | | | | |
|---|---|---|---|---|---|
| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | CHARGES | TOTAL AMOUNT DUE |
| .00 | .00 | .00 | .00 | .00 | 2,240.84 |

City Of Allentown Lehigh County

Get the latest news by email. **Sign up today!** | log in



FEEDBACK  ARCHIVES  ADVERTISE  CUSTOMER SERVICE

NEWS  SPORTS  GO GUIDE  JOBS  CARS  HOMES      Search [ ]  ⦿ Mcall.com  ◯ Web enhanced by

**MarketPlace**
- Jobs   • Cars
- Homes  • Rentals
- Grocery Coupons
- Other Coupons
- Personals
- Classifieds
- Place Classified Ads
- Newspaper Ads
- Business Directory
- Sales & Deals

**Milestones**
- Celebrations
- Births
- Obituaries

**Classifieds**

▸ Lehigh Valley News
▸ State News
▸ Sports
▸ Opinion
▸ Business
▸ Features
▸ Entertainment
▸ Health
▸ Travel
▸ PhotoJournal
▸ Weather
▸ N I E
▸ Archives
▸ Noticias en Español
▸ Feedback
▸ Sitemap
▸ Special Sections
▸ Media Partners
▸ Subscribe
▸ Customer Service

**THE MORNING CALL**

101 North 6th St.
Allentown, PA 18101
(610) 820-6500
**Home Delivery Info**
Local: (610) 820-6601
Toll-free: (800) 666-5492

- Subscription Form
- No paper this morning?
- Vacation Options
- Media Partners
- Advertise With Us

**Refine your search:**

Keywords: [ ]

**Find ads containing:**
⦿ All of the keywords
◯ Any of the keywords

**Date Range:**
◯ Today's ads       ◯ Last Sunday's ads
⦿ All ads           ◯ Ads posted in the last [7] days (7 days max.)

[Search]  [Reset]

136 Ads Found
Ads 1 to 25 displayed                                   Next

**Legals - Multi Column**

1. **NOTICE OF JUDICIAL SALE**
   Pursuant to an Order of Sale entered in United States vs. Robert L. Gavett, the United States will offer to sell at public auction property located in Lehigh County, Pa., located at 1115 Cypress Ct., Breinigsville, Pa. 18031.

   1989 Colony Double-Wide Mobile Home, currently located in Green Acres (an MHC Community)

   VIN # SN00455AB Title # 4233144201

   Date and Time of Auction: February 24, 2005 at 11:00 am
   Location of Auction: Community Room Located
   at Green Acres
   8785 Turkey Ridge Rd.
   Breinigsville, Pa. 18031
   Minimum Bid: $12,000.00
   **Terms and Conditions of Sale**
   The successful bidders shall be required to deposit at the time of sale with the Internal Revenue Service, Property Appraisal and Liquidation Specialist, 10% of the successful bid, with the deposit to be made by certified or cashiers check. Before being permitted to bid at the sale, bidders shall display to the Internal Revenue Service proof that they are able to comply with this requirement. No bids will be accepted from anyone who has not presented that proof.

   The balance of the purchase price for the realty is to be paid to the Internal Revenue Service, Property Appraisal and Liquidation Specialist, within sixty (60) days after the bid is accepted by certified or cashiers check payable as instructed by the Internal Revenue Service. If the bidder fails to fulfill this requirement, the deposit shall be forfeited and shall be applied to the expenses of sale, with any amount remaining returned to the bidder. The property shall again be offered for sale, under the terms and conditions of the judgment and decree. The United States may bid as a creditor against its judgment without any tender of cash.

Mark Ad: ☑

June 23, 2005

To: Anthony Neri, IRS
From: Scott A. Marzella

Subj: Invoice

The following is the amounts that were agreed on for the home on Cyprus Rd at Green Acres MHC in Breinigsville, Pa.

The cleaning of the home: $200.00
The maintance of the yard $200.00
Total                    $400.00

The following information is as following: Scott A. Marzella, 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
8801 Max Way
Breinigsville, Pa 18031
610-530-1883

Very Respectfully,

*Scott A Marzella* (signature)

Internal Revenue Service
Received

JUN 2 3 2005

SCSE Group
Mountainside, NJ 07092