Use Browser Print Button to Print. You can return to the search results by clicking **here**

```
                         Discovery with VIN Details
Date: 12/ 1/2004
                                                        Time: 10:35 AM
Reference:  an                                          Requestor:  CNDH
Search Criteria: GAVETT ROBERT L
-----------------------------------------------------------------------

*** SOCIAL SECURITY NUMBER:

    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          State: NEW JERSEY      Year Issued: 1951 - 1953

=======================================================================

*** THE FOLLOWING SUBJECTS MATCH ON SOCIAL SECURITY NUMBER AND HAVE A SIMILAR
    NAME:

GAVETT, ROBERT L                    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         Credit Header 3 (08/98)

=======================================================================

*** ADDITIONAL NAME(S) FOUND FOR YOUR SOCIAL SECURITY NUMBER(S):

LEONE, RUSSELL                      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         Credit Header 3 (01/94)

=======================================================================

*** ADDITIONAL SOCIAL SECURITY NUMBER(S) FOUND FOR YOUR SUBJECT:

GAVETT, ROBERT L                    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         Credit Header 1

=======================================================================

*** THE FOLLOWING SUBJECT(S) ARE LINKED TO THE ADDITIONAL SOCIAL SECURITY
    NUMBER(S) OR NAME(S)/ADDRESS(ES):

LEONE, RUSSELL O                    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         Credit Header 1

=======================================================================

*** SUBJECT'S ADDRESS HISTORY(* INDICATES RECORDS WITH THE MOST CURRENT DATE)
    PUBLIC RECORDS WILL ONLY BE SEARCHED FOR THESE INDIVIDUALS:

GAVETT JR, ROBERT L                                 SS# 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

*26 STEINMETZ RD, HILLSBOROUGH, NJ 08844            Composite Info   (07/01)
1115 CYPRESS CT, BREINIGSVILLE, PA 18031            Credit Header 3  (08/98)
26 STEINMETZ RD, BELLE MEAD, NJ 08502               Credit Header 1  (01/94)
                                                    Credit Header 3  (11/93)
1115 CYPRESS CT, BREINIGSVILLE, PA 18031            Credit Header 2  (01/93)
STEINMETZ RD, BELLE MEAD, NJ 08502                  Credit Header 3  (09/86)
26 STEINMETZ RD, HILLSBOROUGH, NJ 08844             Credit Header 2  (07/85)

Date of Birth:       1959                           Credit Header 2
                     01/10/1959                     Composite Info
Phone:               874-4280                       Credit Header 1
                     908-8746491                    Credit Header 2
```

```
Gender:                 MALE                    Composite Info
                        MALE                    Credit Header 2
Driver Lic. Number:     G09116587301594         Composite Info
Driver Lic. St. Issue:  NEW JERSEY              Composite Info
License Expires:        03/01/95                Composite Info
File Creation Date:     02/94                   Credit Header 1
                        07/01                   Composite Info
```

===========================================================================

*** THE FOLLOWING SUBJECT(S) WERE ALSO FOUND BUT HAVE DIFFERENT NAMES
    AND SOCIAL SECURITY NUMBERS THAN YOUR SUBJECT
    (PUBLIC RECORDS WILL NOT BE SEARCHED FOR THESE INDIVIDUALS):

```
LEONE, RUSSELL O                                         SS# 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

32 ALBURY WAY, NORTH BRUNSWICK, NJ 08902                 Credit Header 1 (05/97)
906 VILLAGE DR, SOMERSET, NJ 08873                       Credit Header 1 (01/97)
28 LINCOLN PL APT G, NORTH BRUNSWICK, NJ 08902           Credit Header 1

Date of Birth:          05/1936                          Credit Header 1
Phone:                  297-2762                         Credit Header 1
File Creation Date:     11/73                            Credit Header 1
Employer:               TAYTON FREIGHT                   Credit Header 1
```

---

```
LEONE, RUSSELL                                           SS# 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

906 VILLAGE DR, SOMERSET, NJ 08873                       Composite Info   (02/95)
                                                         Credit Header 3  (01/94)

Date of Birth:          05/1936                          Composite Info
Gender:                 MALE                             Composite Info
File Creation Date:     02/95                            Composite Info
```

---

```
GAVETT JR, ROBERT L                                      SS# 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

PO BOX 506, BELLE MEAD, NJ 08502                         Credit Header 1 (08/94)
1115 CYPRESS CT, BREINIGSVILLE, PA 18031                 Credit Header 1 (12/92)
161 HEMLOCK ST 74, BREINGSVILLE, PA 18031                Credit Header 1

File Creation Date:     08/89                            Credit Header 1
Employer:               SCHAUS DELICATESSEN              Credit Header 1
Occupation:             SELF EMP                         Credit Header 1
```

---

```
GAVETT, ROBERT L

26 STEINMETZ RD, BELLE MEAD, NJ 08502                    Credit Header 1 (08/00)

File Creation Date:     08/00                            Credit Header 1
```

---

GAVETT JR, ROBERT L

```
26 STEINMETZ RD, HILLSBOROUGH, NJ 08844                    Credit Header 3 (03/03)

==============================================================================

*** OTHER POSSIBLE DRIVERS AT SUBJECT'S ADDRESS:

    Name:                  GAVETT, ROSEMARIE
    Driver's License#:G0911 67174 59344 issued in NEW JERSEY
    Sex:                   FEMALE
    Social Security#: 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

    Name:                  GAVETT, ROSEMARIE M
    Driver's License#:G09116717459344 issued in NEW JERSEY
    Sex:                   FEMALE

    Name:                  GAVETT, SHERYL A
    Driver's License#:G09117076151675 issued in NEW JERSEY
    Date of Birth:    01/07/1967
    Sex:                   FEMALE
    Social Security#: 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

26 STEINMETZ RD, HILLSBOROUGH, NJ 08844

==============================================================================

*** POSSIBLE RELATIVES AND THEIR CURRENT ADDRESSES:

    Name:                  GAVETT ROSEMARIE
    Social Security# :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

  13TH DIST STEINMETZ RD, BELLE MEAD, NJ 08502

------------------------------------------------------------------------------

    Name:                  BALLOTTA SHERYL A
    Social Security# :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

    Name:                  GAVETT SHERYL A
    Social Security# :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

  STEINMETZ RD, BELLE MEAD, NJ 08502

------------------------------------------------------------------------------

    Name:                  GAVETT CAROLYN J
    Social Security# :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

    Name:                  GAVETT SHERI A
    Social Security# :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

    Name:                  GAVETT SHERYL A

1115  CYPRESS CT, BREINIGSVILLE, PA 18031

------------------------------------------------------------------------------

    Name:                  GAVETT CAROLYN J
    Social Security# :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

115  CYPRESS CT, BREINIGSVILLE, PA 18031
```

```
------------------------------------------------------------------------
     Name:               GAVETT CAROLYN J
     Social Security# :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

240  HUNTINGTON AVE, PINE BEACH, NJ 08741

------------------------------------------------------------------------
     Name:               BALLOTTA SHERYL A
     Social Security# :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

     Name:               GAVETT BETHANY S

     Name:               GAVETT C J

     Name:               GAVETT ROSEMARIE

     Name:               GAVETT ROSEMARIE M
     Social Security# :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

     Name:               GAVETT SHERI

     Name:               GAVETT SHERI A
     Social Security# :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

     Name:               GAVETT SHERYL A
     Social Security# :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

26   STEINMETZ RD, HILLSBOROUGH, NJ 08844

------------------------------------------------------------------------
     Name:               BALLOTTA SHERYL A
     Social Security# :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

     Name:               GAVETT SHERYL A
     Social Security# :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

711  LINCOLN AVE, MANVILLE, NJ 08835

========================================================================

THE FOLLOWING BANKRUPTCIES, LIENS AND JUDGMENTS WERE IDENTIFIED:

Pursuant to amendments to Section 2075 of Title 28, the Federal Rules of
Bankruptcy Procedure and Official Forms, effective December 1, 2003, Social
Security Numbers in Bankruptcy filings will be masked so that only the last
four digits of the number will be made available.  This masking is handled at
the federal court level.

                    NJ  Bankruptcies, Liens, and Judgments
               Data Available From 00/00/0000 Through 00/00/0000
                           Name and Address Search

Filing Number:       1589595526275
Document Type:       FEDERAL TAX
Filing Date:           /  /
Debtor:              GAVETT, ROBERT,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
```

```
                         26 STEINMETZ RD
                         HILLSBOROUGH, NJ 08844
Additional Debtor(s):USA IRS
Court:                   SOMERSET COUNTY, SOMERVILLE
County:                  SOMERSET, NJ
Serial Number:           1589595526275
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
                    NJ  Bankruptcies, Liens, and Judgments
                  Data Available From 00/00/0000 Through 00/00/0000
                              Name and Address Search

Filing Number:           000954071997
Document Type:           CIVIL
Judgment Date:           03/11/1997
Action Type:             CERTIF OF DEBT
Amount:                  $250
Debtor:                  GAVETT, ROBERT L
                         26 STEINMETZ RD
                         BELLE MEAD, NJ 08502
Plaintiff:               DIVISION OF MOTOR VEHICLES
Court:                   DOCKETED JUDGMENTS/STATE LIENS
County:                  NO VENUE, NJ
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
Filing Number:           000015061998DC
Document Type:           CIVIL
Judgment Date:           05/18/1998
Action Type:             CONTRACT
Amount:                  $1,435
Debtor:                  GAVETT, CHERYL
                         26 STEINMETZ RD
                         BELLE MEAD, NJ 08502
Additional Debtor(s):GAVETT, ROBERT L
Plaintiff:               SOMERSET MEDICAL CENTER
Plaintiff Attorney:      KELLEHER & MOOR
Court:                   JUDGMENTS - SPECIAL CIVIL
County:                  SOMERSET, NJ
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
Filing Number:           000015061998DC
Document Type:           SUIT FILED
Suit Filed Date:         03/31/1998
Action Type:             CONTRC-REG
Amount:                  $1,332
Debtor:                  GAVETT, CHERYL
                         26 STEINMETZ RD
                         BELLE MEAD, NJ 08502
Additional Debtor(s):GAVETT, ROBERT L
Plaintiff:               SOMERSET MEDICAL CENTER
Plaintiff Attorney:      KELLEHER AND MOORE
Court:                   SUITS - SPECIAL CIVIL
County:                  SOMERSET, NJ
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
                    PA  Bankruptcies, Liens, and Judgments
                  Data Available From 00/00/0000 Through 00/00/0000
                              Name and Address Search
```