```
Filing Number:          98F78
Document Type:          FEDERAL TAX
Filing Date:            03/30/1998
Action Type:            LIEN FILING
Amount:                 $198,846
Debtor:                 GAVETT, ROBERT,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
                        1115 CYPRESS CT
                        BREINIGSVILLE, PA 18031-1611
Court:                  FEDERAL TAX LIENS
County:                 LEHIGH, PA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number:          98F176
Document Type:          FEDERAL TAX
Filing Date:            08/24/1998
Action Type:            LIEN FILING
Amount:                 $198,861
Debtor:                 CHRISTIAN MANAGAMENT COMPANY
                        ALSO KNOWN AS
                        1115 CYPRESS CT
                        BREININGVILLE, PA 18031
Additional Debtor(s):   GAVETT, ROBERT,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
Court:                  FEDERAL TAX LIENS
County:                 LEHIGH, PA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


====================================================================

THE FOLLOWING REAL PROPERTY OWNERSHIP INFORMATION WAS IDENTIFIED:

                              NJ   Real Property
                  Data Available From 00/00/0000 Through 00/00/0000

     Owner(s):              GAVETT ROBERT LAURENCE
     Mailing Address:       26 STEINMETZ RD
                            HILLSBOROUGH, NJ 08844-1501

     Property Address:      26 STEINMETZ RD
                            HILLSBOROUGH, NJ 08844-1501

     Owner(s) Phone No.:
     Parcel No.:            1000200000A00011
     County:                SOMERSET

     Sale Information:                       Assessor Information:
     ----------------------------------      ----------------------------------
       Sale Date:                              Exemption(s):
       Document No.:                           Tax Amount:                $5,999
       Sale Amount:                            Assessed Value:          $257,700
       Sale Full/Part:                         Percent Improved:          57.3 %
       Loan Amount(1ST):                       Year Sold to State:
       Loan Amount(2ND):                       Census Tract:             0538.03
       Loan Type:                              Zoning:                         R
       Multi or Port:                          Block Number:               200-A
                                               Lot Number:                    11

     ----------------------------------------------------------------------
     Property Characteristics
```

```
------------------------------------------------------------------------
     Land Use:SINGLE FAMILY RESIDENCE /     Number of Stories:         1
              TOWNHOUSE
     Lot Size:                    48,852
     Lot Width:                      207
     Lot Depth:                      236
     Year Built:                    1963

------------------------------------------------------------------------


========================================================================
PROPERTY OWNERS WERE IDENTIFIED FOR YOUR SUBJECT'S ADDRESS(ES):

                         PA   Real Property
             Data Available From 00/00/0000 Through 00/00/0000

     Owner(s):              CHRISTIAN MANAGEMENT CO
     Parcel No.:            K06    004 002A   02420
     County:                LEHIGH
     Land Use:              SINGLE FAMILY RESIDENCE /T
     Property Address:      1115 CYPRESS CT
                            BREINIGSVILLE, PA 18031-1611
     Mailing Address:       1115 CYPRESS CT
                            BREINIGSVILLE, PA 18031-1611



========================================================================
NEIGHBORS OF THE CURRENT ADDRESS ARE LISTED BELOW:

     26 STEINMETZ,   HILLSBOROUGH, NJ     08844

     Name:                  KORMAN C
     Phone Number:          (908)874-9580
     Address:               29 STEINMETZ RD
                            HILLSBOROUGH, NJ 08844

     Name:                  KORMAN JAMES
     Address:               29 STEINMETZ RD
                            HILLSBOROUGH, NJ 08844

     Name:                  KORMAN P
     Phone Number:          (908)874-8691
     Address:               29 STEINMETZ RD
                            HILLSBOROUGH, NJ 08844

     Name:                  KENNEDY ROBERT T
     Phone Number:          (908)359-8713
     Address:               32 STEINMETZ RD
                            HILLSBOROUGH, NJ 08844

Due to privacy regulations instituted by individual states, data from all
states may not be available.

The selected DPPA purpose is permitted in these states: NJ

========================================================================
```

```
POSSIBLE VEHICLES AT CURRENT ADDRESS:

GAVETT, 26 STEINMETZ, HILLSBOROUGH, NJ, 08844
VIN SERVICES REPORT FOR USE BY GOVERNMENT AGENCY IN CARRYING OUT
NON-LAW ENFORCEMENT FUNCTIONS

To View individual VIN detail results for an additional charge, please:
   1. Click on the box under the "Item" column containing the VIN information
      you would like to review from the list below.
   2. Click on the VIN search button at the bottom of the report.

 Item        VIN              Year     Make          Registered Owner
 ----------------------------------------------------------------------
    1    1GNDU03E0YD162607    00       CHEVROLET     GAVETT, SHERYL A
    2    2FDKF37H4SCA48144    95       FORD          GAVETT, SHERYL A
    3    1GTFK24K7JE500298    88       GMC           GAVETT, SHERYL A
    4    CCL246B155940        76       CHEV          GAVETT, SHERYL A

======================================================================

NO RECORDS FOR YOUR SUBJECT WERE FOUND IN THE FOLLOWING SECTION(S):

National Death Locator                            00/00/0000 through 09/30/2004
High Risk Addresses                                           N/A
Infractions                                                   N/A
NW Bankruptcies, Name & Social Security Number                N/A
PA  Real Property Ownership                                   N/A
NJ  Property Owner by Subject's Address                       N/A
Demographic info. for most current address(es)                N/A
NJ Corporate Records by Name                      01/01/1997 through 11/05/2004
PA Corporate Records by Name                      00/00/0000 through 03/17/2003
NJ Uniform Commercial Code Filings                01/01/1996 through 09/15/2004
PA Uniform Commercial Code Filings                           through 03/05/2003
Watercraft by Name & State                        00/00/0000 through 04/15/2003
FAA Aircraft Owners Search by Owner Name          00/00/0000 through 09/30/2004
FAA Airmen by Name                                00/00/0000 through 09/30/2004

======================================================================

Certain consumer information contained herein provided by InfoUSA, Omaha,
Nebraska, Copyright 1998, All Rights Reserved.

End of search.
```

Use Browser Print Button to Print. You can return to the search results by clicking **here**

# Notice of Judicial Sale

Pursuant to an Order of Sale entered in United States vs. Robert L. Gavett, the United States will offer to sell at public auction property located in Lehigh County, Pa., located at 1115 Cypress Ct., Breinigsville, Pa. 18031.

1989 Colony Double-Wide Mobile Home, currently located in Green Acres (an MHC Community)
VIN # SN00455AB    Title # 4233144201

| | |
|---|---|
| Date and Time of Auction: | February 24, 2005 at 11:00am |
| Location of Auction: | Community Room located at Green Acres 8785 Turkey Ridge Rd. Breinigsville, Pa. 18031 |
| Minimum Bid: | $ 12,000.00 |

### Terms and Conditions of Sale

The successful bidder shall be required to deposit at the time of sale with the Internal Revenue Service, Property Appraisal and Liquidation Specialist, 10% of the successful bid, with the deposit to be made by certified or cashier's check. Before being permitted to bid at the sale, bidders shall display to the Internal Revenue Service proof that they are able to comply with this requirement. No bids will be accepted from anyone who has not presented that proof.

The balance of the purchase price for the realty is to be paid to the Internal Revenue Service, Property Appraisal and Liquidation Specialist, within thirty (60) days after the bid is accepted by certified or cashier's check payable as instructed by the Internal Revenue Service. If the bidder fails to fulfill this requirement, the deposit shall be forfeited and shall be applied to the expenses of sale, with any amount remaining returned to the bidder. The property shall again be offered for sale, under the terms and conditions of the judgment and decree. The United States may bid as a creditor against its judgment without any tender of cash.

The government reserves the right to reject any and all bids and to withdraw the property from sale.

The sale shall be free and clear of all transfers and/or conveyances after February 24, 2005.

The sale shall be subject to building lines if established, all laws, ordinances, and governmental regulation (including building and zoning ordinances), affecting the premises, and easements and restrictions of record, if any.

Residency at Green Acres is contingent upon the approval of Green Acres, an MHC Community.

The United States District Court entered a judgment that Robert L. Gavett owned the property at the time the federal tax lien arose. United States vs. Robert L. Gavett. The judgment is now final. The United States will sell the right, title and interest of Robert L. Gavett in the subject property, and Robert L. Gavett will have no right to redeem said property after the judicial sale.
The property is offered for sale "as is" and "where is" and without recourse against the United States. The United States makes no guarantee of condition of the property, or its fitness for any purpose. The United States will not consider any claim for allowance or adjustment or for the rescission of the sale based on failure of the property to comply with any expressed or implied representation.

The Court will confirm the sale under Rule A-570 of the Local Rules of the United States District Court for the Eastern District of Pennsylvania. A judicial certificate of sale executed after confirmation shall discharge the property from all liens, encumbrances, and titles over which the United States had priority.

Important Information

This is **not** an advertisement of a sale of seized property. This is an information notice only regarding a sale being conducted by the Internal Revenue Service as a result of the foreclosure of an Internal Revenue Service Federal Tax Lien by the Department of Justice.

Additional information can be found at www.ustreas.gov/auctions/irs or call Anthony Neri, Property Appraisal and Liquidation Specialist at 908-301-2282.