

Joseph G Cobbose
payable to the clerk of the US
district court for the eastern
district of PA

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

FOR INFORMATION CONCERNING THIS INSTRUMENT
CONTACT:
INTEGRATED PAYMENT SYSTEMS INC.
1-800-333-7520

ENDORSE CHECK HERE
X Joseph G Cobbose
payable to the clerk of the US
district court for the eastern
district of PA

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

FOR INFORMATION CONCERNING THIS INSTRUMENT
CONTACT:
INTEGRATED PAYMENT SYSTEMS INC.
1-800-333-7520




Joseph S. Cotton
payable to Clerk of the U.S.
District Court for the eastern district
of PA
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

ENDORSE CHECK HERE
X Joseph S. Cotton
payable to the Clerk of the US
district court for the eastern
district of PA
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

FOR INFORMATION CONCERNING THIS INSTRUMENT
CONTACT:
INTEGRATED PAYMENT SYSTEMS INC.