IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
            Plaintiff, )
)
        v. )
)            Civil No. 2:02-cv-3698(WHY)
ROBERT L. GAVETT )
)
            Defendant. )

ORDER CONFIRMING JUDICIAL SALE
AND DISTRIBUTION OF PROCEEDS

The plaintiff, the United States, having requested an order confirming the judicial sale of

the real property located at 115 Cypress Court, Breinigsville, PA 18031, to Joseph Cubbage, for

the sum of $13,000.00 and good cause having been found,

IT IS THEREFORE ORDERED THAT the sale of real property commonly known as a

double-wide mobile  home whose legal description is:

> Colony  2004, Vehicle Identification Number SN00455AB,
> Pennsylvania Department of Transportation Title Number
> 42331442001 CH, located at 115 Cypress Court, Breinigsville, PA
> 18031

to Joseph Cubbage, for the sum of $13,000.00, is hereby confirmed, the Internal Revenue Service

is authorized and directed to issue a Deed of Judicial Sale for that property to Joseph Cubbage

the purchaser.  Three cashier checks totaling $13,000 in the amounts of $10,000, $1,000, $1,000

and $1,000 are enclosed.  The proceeds of the sale shall be distributed as follows pursuant to a

future order of this Court:

1.    To the Internal Revenue Service for reimbursement of expenses of sale $4,519.28;

2.    to Scott A. Marzella at 8801 Max Way Breinigsville, PA 18031 for cleaning and maintenance $400.00;

3.    to the United States the remaining proceeds, payable to the United States Treasury.

4.    No later than twenty (20) days after receipt of the balance of the purchase price, the United States Marshal or the Property Appraisal and Liquidation Specialist shall file a proposed deed with the Court.

5.    The Prothonotary of LeHigh County, Pennsylvania or Record of Deeds, shall record the deed or bill of sale of the purchaser.

Having considered the United States' Motion for Confirmation of Sale any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it is further

ORDERED that the Clerk shall distribute copies of this Order to the persons listed below:

SO ORDERED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT  JUDGE

COPIES TO:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C.  20044

2

ROBERT LAURENCE GAVETT
1115 Cyrpess Court
Breiningsville, PA 18031

Anthony Neri
Property Appraisal & Liquidation Specialist
Internal Revenue Service
200 Sheffield St.
2nd Floor
Mountainside, NJ 07092

Joseph Cubbage
91 Old Company Road
Barto, Pa 19504